PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>SOPHOS, INC., a Massachusetts Corporation,<br><br>              Defendant. | Case No.:<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT FOR PATENT INFRINGEMENT

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Finjan, Inc. ("Finjan") files this First Amended Complaint for Patent Infringement and Jury Demand against Defendant Sophos, Inc. ("Defendant" or "Sophos") and alleges as follows:

**THE PARTIES**

1.      Finjan is a Delaware corporation, with its corporate headquarters at 1313 N. Market Street, Suite 5100, Wilmington, Delaware 19801.  Finjan's U.S. operating business was previously headquartered at 2025 Gateway Place, San Jose, California 95110.

2.      Sophos is a Massachusetts corporation with its principal place of business in the United States at 3 Van de Graaff Drive, Second Floor, Burlington, Massachusetts 01803.

**JURISDICTION AND VENUE**

3.      This action arises under the Patent Act, 35 U.S.C. § 101 *et seq.*  This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338.

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).

5.      This Court has personal jurisdiction over Defendant.  Upon information and belief, Defendant does business in this District and has, and continues to, infringe and/or induce the infringement in this District.  Sophos operates and maintains an office in this District located at 3945 Freedom Circle, Suite 1100, Santa Clara, California 95054.  Currently, Sophos is availing itself of the jurisdiction of Northern California in the *Fortinet, Inc. v. Sophos, Inc.*, 5:13-cv-05831, case.  In addition, the Court has personal jurisdiction over Defendant because it has established minimum contacts with the forum and the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

COMPLAINT FOR PATENT INFRINGEMENT

**INTRADISTRICT ASSIGNMENT**

6.      Pursuant to Local Rule 3-2(c), Intellectual Property actions are assigned on a district-wide basis.

**FINJAN'S INNOVATIONS**

7.      Finjan was founded in 1997 as a wholly-owned subsidiary of Finjan Software Ltd., an Israeli corporation.  Finjan was a pioneer in developing proactive security technologies capable of detecting previously unknown and emerging online security threats recognized today under the umbrella of "malware."  These technologies protect networks and endpoints by identifying suspicious patterns and behaviors of content delivered over the Internet.  Finjan has been awarded, and continues to prosecute, numerous patents in the United States and around the world resulting directly from Finjan's more than decade-long research and development efforts, supported by a dozen inventors.

8.      Finjan built and sold software, including APIs, and appliances for network security using these patented technologies.  These products and customers continue to be supported by Finjan's licensing partners.  At its height, Finjan employed nearly 150 employees around the world building and selling security products and operating the Malicious Code Research Center through which it frequently published research regarding network security and current threats on the Internet.  Finjan's pioneering approach to online security drew equity investments from two major software and technology companies, the first in 2005, followed by the second in 2006.  Through 2009, Finjan has generated millions of dollars in product sales and related services and support revenues.

9.      Finjan's founder and original investors are still involved with and invested in the company today, as are a number of other key executives and advisors.  Currently, Finjan is a technology company applying its research, development, knowledge and experience with security technologies to working with inventors, investing in and/or acquiring other technology companies,

COMPLAINT FOR PATENT INFRINGEMENT

investing in a variety of research organizations, and evaluating strategic partnerships with large companies.

10.     On October 12, 2004, U.S. Patent No. 6,804,780 ("the '780 Patent"), entitled SYSTEM AND METHOD FOR PROTECTING A COMPUTER AND A NETWORK FROM HOSTILE DOWNLOADABLES, was issued to Shlomo Touboul.  A true and correct copy of the '780 Patent is attached to this Complaint as Exhibit A and is incorporated by reference herein.

11.     All rights, title, and interest in the '780 Patent have been assigned to Finjan, which is the sole owner of the '780 Patent.  Finjan has been the sole owner of the '780 Patent since its issuance.

12.     The '780 Patent is generally directed towards methods and systems for generating a Downloadable ID.  By generating an identification for each examined Downloadable, the system may allow for the Downloadable to be recognized without reevaluation.  Such recognition increases efficiency while also saving valuable resources, such as memory and computing power.

13.     On March 20, 2012, U.S. Patent No. 8,141,154 ("the '154 Patent"), entitled SYSTEM AND METHOD FOR INSPECTING DYNAMICALLY GENERATED EXECUTABLE CODE, was issued to David Gruzman and Yuval Ben-Itzhak.  A true and correct copy of the '154 Patent is attached to this Complaint as Exhibit B and is incorporated by reference herein.

14.     All rights, title, and interest in the '154 Patent have been assigned to Finjan, who is the sole owner of the '154 Patent.  Finjan has been the sole owner of the '154 Patent since its issuance.

15.     The '154 Patent is generally directed towards a gateway computer for protecting a client computer from dynamically generated malicious content.  One way this is accomplished is to use a content processor to process a first function and invoke a second function if a security computer indicates that it is safe to invoke the second function.

COMPLAINT FOR PATENT INFRINGEMENT

16.     On November 3, 2009, U.S. Patent No. 7,613,918 ("the '918 Patent"), entitled SYSTEM AND METHOD FOR ENFORCING A SECURITY CONTEXT ON A DOWNLOADABLE, was issued to Yuval Ben-Itzhak.  A true and correct copy of the '918 Patent is attached to this Complaint as Exhibit C and is incorporated by reference herein.

17.     All rights, title, and interest in the '918 Patent have been assigned to Finjan, who is the sole owner of the '918 Patent.  Finjan has been the sole owner of the '918 Patent since its issuance.

18.     The '918 Patent is generally directed to a system and method for enforcing a security context on a Downloadable.  One way this is accomplished is by making use of security contexts that are associated within certain user/group computer accounts when deriving a profile for code received from the Internet.

19.     On July 13, 2010, U.S. Patent No. 7,757,289 ("the '289 Patent"), entitled SYSTEM AND METHOD FOR INSPECTING DYNAMICALLY GENERATED EXECUTABLE CODE, was issued to David Gruzman and Yuval Ben-Itzhak.  A true and correct copy of the '289 Patent is attached to this Complaint as Exhibit D and is incorporated by reference herein.

20.     All rights, title, and interest in the '289 Patent have been assigned to Finjan, which is the sole owner of the '289 Patent.  Finjan has been the sole owner of the '289 Patent since its issuance.

21.     The '289 Patent generally covers a system and method for inspecting dynamically generated executable code.  The claims generally cover receiving content with an original call function and replacing the original call function with a substitute call function, and then determining whether it is safe to invoke the original call function.

22.     On November 3, 2009, U.S. Patent No. 7,613,926 ("the '926 Patent"), entitled METHOD AND SYSTEM FOR PROTECTING A COMPUTER AND A NETWORK FROM

COMPLAINT FOR PATENT INFRINGEMENT

HOSTILE DOWNLOADABLES, was issued to Yigal Mordechai Edery, Nimrod Itzhak Vered, David R. Kroll and Shlomo Touboul.  A true and correct copy of the '926 Patent is attached to this Complaint as Exhibit E and is incorporated by reference herein.

23.     All rights, title, and interest in the '926 Patent have been assigned to Finjan, which is the sole owner of the '926 Patent.  Finjan has been the sole owner of the '926 Patent since its issuance.

24.     The '926 Patent generally covers a method and system for protecting a computer and a network from hostile downloadables.  The claims generally cover performing hashing on a downloadable in order to generate a downloadable ID, retrieving security profile data, and transmitting an appended downloadable.

25.     On November 28, 2000, U.S. Patent No. 6,154,844 ("the '844 Patent"), entitled SYSTEM AND METHOD FOR ATTACHING A DOWNLOADABLE SECURITY PROFILE TO A DOWNLOADABLE, was issued to Shlomo Touboul and Nachshon Gal.  A true and correct copy of the '844 Patent is attached to this Complaint as Exhibit F and is incorporated by reference herein.

26.     All rights, title, and interest in the '844 Patent have been assigned to Finjan, who is the sole owner of the '844 Patent.  Finjan has been the sole owner of the '844 Patent since its issuance.

27.     The '844 Patent is generally directed towards computer networks, and more particularly, provides a system that protects devices connected to the Internet from undesirable operations from web-based content.  One of the ways this is accomplished is by linking a security profile to such web-based content to facilitate the protection of computers and networks from malicious web-based content.

COMPLAINT FOR PATENT INFRINGEMENT

## SOPHOS

28.     Sophos makes, uses, sells, offers for sale, and/or imports into the United States and this District products and services that utilize the Sophos Live Protection, Advanced Threat Protection, and WebLENS, including without limitation on Enduser Protection Suites, Endpoint Antivirus, Endpoint Antivirus Cloud, Sophos Cloud, Unified Threat Management, Next-Gen Firewall, Secure Web Gateway, Secure Email Gateway, and Server Security.

29.     Sophos products are broken down into three broad categories.  The first category is Network Security products which are used to protect a network of computer and mobile devices both remotely and locally.  The Network Security products generally sit at the gateway between a client device and the Internet.  These Network Security products can include firewalls, UTMs, Wi-Fi, VPN, web and e-mail protection.  The second category is EndUser Protection which generally resides as software on client devices such as personal computers, smart phones, tablets, and laptops.  The third category is Server Protection, which generally provides antivirus protection for servers.

30.     Sophos Live Protection is offered with Sophos Network Protection products, EndUser Protection products, and Server Protection products.  Live Protection will perform instant lookup of suspicious files in the cloud and compare them to the Sophos Labs database.  This happens when a file has been identified as suspicious, but locally the determination cannot be made whether it is a safe.  If the file is identified as clean or malicious by Sophos Live Protection, the decision is sent back to the endpoint or network device.  Live Protection may also be used for cloud lookups of URIs and automatically and dynamically categorize any URIs that have not been visited by a user.  Finally, Live Protection will use live cloud lookups for checksum detections in order to stop malware through email attachments, IM and other protocols.  The following diagram depicts generally how Live Protection functions:

6

COMPLAINT FOR PATENT INFRINGEMENT



*See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophosliveprotectiondsna.ashx, a true and correct copy of which is attached hereto as Exhibit G.

31.     Recently, Sophos Advanced Threat Protection was introduced and can be found in Sophos Network Protection products.  Sophos Advanced Threat Protection is supported with data from the Sophos network of labs and leverages data from the intrusion prevention system and web protection in order to combat Advanced Persistent Threats.  Sophos Advanced Threat Protection may

COMPLAINT FOR PATENT INFRINGEMENT

1   also conduct cloud-based selective sandboxing to analyze suspicious content with both web

2   protection and intrusion prevention.   The following shows the cloud based sandboxing features:



Cloud-based selective sandboxing allows SophosLabs to analyze suspicious content.

*See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-
threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H.

32.       Sophos WebLENS technology blocks threats using content reassembly with JavaScript
emulation and behavioral analysis.  Its purpose is to stop malicious code at the network layer before it
is passed to the browser.

## SOPHOS' INFRINGEMENT OF FINJAN'S PATENTS

33.       Defendant has been and is now infringing the '780 Patent, the '154 Patent, the '918
Patent, the '289 Patent, the '926 Patent, and the '844 Patent (collectively "the Patents-In-Suit") in this
judicial District, and elsewhere in the United States by, among other things, making, using,
importing, selling, and/or offering for sale the claimed system and methods that utilize Sophos Live
Protection, Advanced Threat Protection, and WebLENS, including without limitation on Enduser
Protection Suites, Endpoint Antivirus, Endpoint Antivirus Cloud, Sophos Cloud, Unified Threat
Management, Next-Gen Firewall, Secure Web Gateway, Secure Email Gateway, and Server Security.

8

COMPLAINT FOR PATENT INFRINGEMENT

34.     In addition to directly infringing the Patents-In-Suit pursuant to 35 U.S.C. § 271(a) either literally or under the doctrine of equivalents, Defendant indirectly infringes the '780 Patent, the '918 Patent, the '289 Patent, the '926 Patent, and the '844 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its users and developers, to perform all or some of the steps of the method claims of these patents, either literally or under the doctrine of equivalents.

## COUNT I
### (Direct Infringement of the '780 Patent pursuant to 35 U.S.C. § 271(a))

35.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

36.     Defendant has infringed and continues to infringe one or more claims of the '780 Patent in violation of 35 U.S.C. § 271(a).

37.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

38.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

39.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection, which embodies the patented invention of the '780 Patent.

40.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

41.     Defendant's infringement of the '780 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

COMPLAINT FOR PATENT INFRINGEMENT

## COUNT II
### (Indirect Infringement of the '780 Patent pursuant to 35 U.S.C. § 271(b))

42.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

43.     Defendant has induced and continues to induce infringement of at least claims 1-8 of the '780 Patent under 35 U.S.C. § 271(b).

44.     In addition to directly infringing the '780 Patent, Defendant indirectly infringes the '780 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '780 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '780 Patent.

45.     Defendant knowingly and actively aided and abetted the direct infringement of the '780 Patent by instructing and encouraging its customers, users and developers to use the Sophos Live Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection in an infringing manner, providing a mechanism through which third parties may infringe the '780 Patent, specifically through the use of the Sophos Live Protection, advertising and promoting the use of the Sophos Live Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection in an infringing manner.

10

COMPLAINT FOR PATENT INFRINGEMENT

46.     Sophos regularly updates and maintains the Sophos Support/Labs to provide

demonstration, instructions, and technical assistance to users to help them use the Sophos Live

Protection, including:

- Providing an overview of how Live Protections works.  *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection.  *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download.  *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit K;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them.  *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L.

47.     Sophos provides quick start guides, administration guides, user guides, and operating

instructions which cover in depth aspects of operating Sophos offerings.  *See*

https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is

attached hereto as Exhibit M.

48.     Sophos maintains and updates a YouTube channel where training and informational

videos are posted in order to promote the use of Sophos products.  *See*

http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which

is attached hereto as Exhibit N.

49.     Sophos maintains and promotes the Sophos Partner Program to encourage and expand

use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full

curriculum of courses in order to increase skills and competency.  *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also*

COMPLAINT FOR PATENT INFRINGEMENT

http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

50.     Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

51.     Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

52.     Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

53.     Defendant has had knowledge of the '780 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above, has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '780 Patent.

54.     Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and to encourage potential customers, users and developers to use the Sophos Live Protection in the manner described by Finjan.

COMPLAINT FOR PATENT INFRINGEMENT

55.     Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '780 Patent.

## COUNT III
### (Direct Infringement of the '154 Patent pursuant to 35 U.S.C. § 271(a))

56.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

57.     Defendant has infringed and continues to infringe one or more claims of the '154 Patent in violation of 35 U.S.C. § 271(a).

58.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

59.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

60.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection and Sophos Advanced Threat Protection, which embody the patented invention of the '154 Patent.

61.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

62.     Defendant's infringement of the '154 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

13

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**COUNT IV**</u>
**(Direct Infringement of the '918 Patent pursuant to 35 U.S.C. § 271(a))**

63.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

64.     Defendant has infringed and continues to infringe one or more claims of the '918 Patent in violation of 35 U.S.C. § 271(a).

65.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

66.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

67.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection and Sophos Advanced Threat Protection, which embodies the patented invention of the '918 Patent.

68.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

69.     Defendant's infringement of the '918 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

<u>**COUNT V**</u>
**(Indirect Infringement of the '918 Patent pursuant to 35 U.S.C. § 271(b))**

70.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

71.     Defendant has induced and continues to induce infringement of at least claims 1-11, 22-27, and 34 of the '918 Patent under 35 U.S.C. § 271(b).

14
COMPLAINT FOR PATENT INFRINGEMENT

72.     In addition to directly infringing the '918 Patent, Defendant indirectly infringes the '918 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '918 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '918 Patent.

73.     Defendant knowingly and actively aided and abetted the direct infringement of the '918 Patent by instructing and encouraging its customers, users and developers to use Sophos Live Protection and Sophos Advanced Threat Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner, providing a mechanism through which third parties may infringe the '918 Patent, specifically through the use of the Sophos Live Protection and Sophos Advanced Threat Protection, advertising and promoting the use of the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner.

74.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Sophos Live Protection and Advanced Threat Protection, including:

- Providing an overview of how Live Protections works.  *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

COMPLAINT FOR PATENT INFRINGEMENT

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit T;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L;

- Describing what Advanced Threat Protection is used for and how to adjust its settings. *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H.

- Providing a YouTube video on the new feature of Advanced Threat Protection. *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited March 13, 2014);

- Providing a written "how to" configure the Advanced Threat Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

75.     Sophos provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

76.     Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

77.     Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-

COMPLAINT FOR PATENT INFRINGEMENT

us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf , a true and correct copy of which is attached hereto as Exhibit P.

78.   Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

79.   Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

80.   Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

81.   Defendant has had knowledge of the '918 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '918 Patent.

82.   Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection and to encourage potential users

COMPLAINT FOR PATENT INFRINGEMENT

and developers to use the Sophos Live Protection and Advanced Threat Protection in the manner described by Finjan.

83.     Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '918 Patent.

## COUNT VI
### (Direct Infringement of the '289 Patent pursuant to 35 U.S.C. § 271(a))

84.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

85.     Defendant has infringed and continues to infringe one or more claims of the '289 Patent in violation of 35 U.S.C. § 271(a).

86.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

87.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

88.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos WebLENS and Sophos Advanced Threat Protection, which embody the patented invention of the '289 Patent.

89.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

COMPLAINT FOR PATENT INFRINGEMENT

90.     Defendant's infringement of the '289 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

### COUNT VII
**(Indirect Infringement of the '289 Patent pursuant to 35 U.S.C. § 271(b))**

91.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

92.     Defendant has induced and continues to induce infringement of at least claims 1-9, 19-21, 25-29, and 35-40 of the '289 Patent under 35 U.S.C. § 271(b).

93.     In addition to directly infringing the '289 Patent, Defendant indirectly infringes the '289 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '289 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '289 Patent.

94.     Defendant knowingly and actively aided and abetted the direct infringement of the '289 Patent by instructing and encouraging its customers, users and developers to use Sophos WebLENS and Sophos Advanced Threat Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner, providing a mechanism through which third parties may infringe the '289 Patent, specifically through the use of the Sophos WebLENS and Sophos Advanced Threat Protection, advertising and promoting the use of the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner, and distributing guidelines and instructions to third parties

COMPLAINT FOR PATENT INFRINGEMENT

on how to use the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner.

95.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Advanced Threat Protection, including:

- Describing what Advanced Threat Protection is used for and how to adjust its settings. *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H;

- Providing a YouTube video on the new feature of Advanced Threat Protection. *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited March 13, 2014);

- Providing a written "how to" configure the Advanced Threat Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

96.     Sophos Provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

97.     Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

98.     Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also*

COMPLAINT FOR PATENT INFRINGEMENT

http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

99.     Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

100.    Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

101.    Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

102.    Defendant has had knowledge of the '289 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '289 Patent.

103.    Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos WebLENS and Sophos Advanced Threat Protection and to encourage potential users and developers to use the Sophos WebLENS and Sophos Advanced Threat Protection in the manner described by Finjan.

COMPLAINT FOR PATENT INFRINGEMENT

104.    Sophos actively updates websites, including Sophos' Support, to promote the Sophos WebLENS and Sophos Advanced Threat Protection, including the Sophos Unified Threat Management, Virtual Web Appliance Next Generation Firewall, Secure Web Gateway, and Enduser Protection Suites, to encourage users and developers to practice the methods taught in the '289 Patent.

## COUNT VIII
### (Direct Infringement of the '926 Patent pursuant to 35 U.S.C. § 271(a))

105.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

106.    Defendant has infringed and continues to infringe one or more claims of the '926 Patent in violation of 35 U.S.C. § 271(a).

107.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

108.    Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

109.    Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection, which embodies the patented invention of the '926 Patent.

110.    As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

111.    Defendant's infringement of the '926 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

COMPLAINT FOR PATENT INFRINGEMENT

## COUNT IX
### (Indirect Infringement of the '926 Patent pursuant to 35 U.S.C. § 271(b))

112.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

113.    Defendant has induced and continues to induce infringement of at least claims 1-7 and 15-21 of the '926 Patent under 35 U.S.C. § 271(b).

114.    In addition to directly infringing the '926 Patent, Defendant indirectly infringes the '926 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '926 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '926 Patent.

115.    Defendant knowingly and actively aided and abetted the direct infringement of the '926 Patent by instructing and encouraging its customers, users and developers to use the Sophos Live Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection in an infringing manner, providing a mechanism through which third parties may infringe the '926 Patent, specifically through the use of the Sophos Live Protection, advertising and promoting the use of the Sophos Live Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection in an infringing manner.

COMPLAINT FOR PATENT INFRINGEMENT

116.    Sophos regularly updates and maintains the Sophos Support/Labs to provide

demonstration, instructions, and technical assistance to users to help them use the Sophos Live

Protection, including:

- Providing an overview of how Live Protections works. *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit V;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L.

117.    Sophos Provides quick start guides, administration guides, user guides, and operating

instructions which cover in depth aspects of operating Sophos offerings. *See*

https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is

attached hereto as Exhibit M.

118.    Sophos maintains and updates a YouTube channel where training and informational

videos are posted in order to promote the use of Sophos products. *See*

http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which

is attached hereto as Exhibit N.

119.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand

use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full

curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also*

24

COMPLAINT FOR PATENT INFRINGEMENT

http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

120.   Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

121.   Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

122.   Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

123.   Defendant has had knowledge of the '926 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '926 Patent.

124.   Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and to encourage potential users and developers to use the Sophos Live Protection in the manner described by Finjan.

COMPLAINT FOR PATENT INFRINGEMENT

125.     Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '926 Patent.

## COUNT X
### (Direct Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(a))

126.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

127.     Defendant has infringed and continues to infringe one or more claims of the '844 Patent in violation of 35 U.S.C. § 271(a).

128.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

129.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

130.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to the Sophos Live Protection and Advanced Threat Protection, which embody the patented invention of the '844 Patent.

131.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

COMPLAINT FOR PATENT INFRINGEMENT

132.    Defendant's infringement of the '844 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

**COUNT XI**
**(Indirect Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(b))**

133.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

134.    Defendant has induced and continues to induce infringement of at least claims 1-14 and 22-31 of the '844 Patent under 35 U.S.C. § 271(b).

135.    In addition to directly infringing the '844 Patent, Defendant indirectly infringes the '844 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '844 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '844 Patent.

136.    Defendant knowingly and actively aided and abetted the direct infringement of the '844 Patent by instructing and encouraging its users and developers to use the Sophos Live Protection and Advanced Threat Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection and Advanced Threat Protection in an infringing manner, providing a mechanism through which third parties may infringe the '844 Patent, specifically through the use of the Sophos Live Protection and Advanced Threat Protection, advertising and promoting the use of the Sophos Live Protection and Advanced Threat Protection in

COMPLAINT FOR PATENT INFRINGEMENT

an infringing manner, and distributing guidelines and instructions to third parties on how to use the

Sophos Live Protection and Advanced Threat Protection in an infringing manner.

137.    Sophos regularly updates and maintains the Sophos Support/Labs to provide

demonstration, instructions, and technical assistance to users to help them use the Sophos Live

Protection and Advanced Threat Protection, including:

- Providing an overview of how Live Protections works. *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection.  *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download.  *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit W;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them.  *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L;

- Describing what Advanced Threat Protection is used for and how to adjust its settings.  *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H;

- Providing a YouTube video on the new feature of Advanced Threat Protection.  *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited March 13, 2014);

- Providing a written "how to" configure the Advanced Threat Protection.  *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

138.    Sophos Provides quick start guides, administration guides, user guides, and operating

instructions which cover in depth aspects of operating Sophos offerings.  *See*

https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is

attached hereto as Exhibit M.

COMPLAINT FOR PATENT INFRINGEMENT

139.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products.  *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

140.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency.  *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

141.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

142.    Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

143.    Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-

COMPLAINT FOR PATENT INFRINGEMENT

us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct

copy of which is attached hereto as Exhibit S.

144.   Defendant has had knowledge of the '844 Patent at least as of the time it learned of

this action for infringement and by continuing the actions described above has had the specific intent

to or was willfully blind to the fact that its actions would induce infringement of the '844 Patent.

145.   Sophos actively and intentionally maintains websites, including Sophos' Support, to

promote the Sophos Live Protection and Advanced Threat Protection and to encourage potential users

and developers to use the Sophos Live Protection and Advanced Threat Protection in the manner

described by Finjan.

146.   Sophos actively updates websites, including Sophos' Support, to promote the Sophos

Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management,

Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint

Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage

users and developers to practice the methods taught in the '844 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Finjan prays for judgment and relief as follows:

A.   An entry of judgment holding Defendant has infringed and is infringing the '780

Patent, the '154 Patent, the '918 Patent, the '289 Patent, the '926 Patent, and the '844 Patent; and

Defendant has induced and is inducing infringement of the '780 Patent, the '918 Patent, the '289

Patent, the '926 Patent, and the '844 Patent;

B.   A preliminary and permanent injunction against Defendant and its officers, employees,

agents, servants, attorneys, instrumentalities, and/or those in privity with them, from infringing, or

inducing the infringement of the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the

COMPLAINT FOR PATENT INFRINGEMENT

1   926 Patent, and the '844 Patent, and for all further and proper injunctive relief pursuant to 35 U.S.C.

2   § 283;

3         C.     An award to Finjan of such damages as it shall prove at trial against Defendant that is

4   adequate to fully compensate Finjan for Defendant's infringement the '780 Patent, the '154 Patent,

5   the '918 Patent, the '289 Patent, the 926 Patent, and the '844 Patent, said damages to be no less than a

6   reasonable royalty;

7         D.     A finding that this case is "exceptional" and an award to Finjan of its costs and

8   reasonable attorney's fees, as provided by 35 U.S.C. § 285;

9

10        E.     An accounting of all infringing sales and revenues, together with post judgment

11  interest and prejudgment interest from the first date of infringement of the '780 Patent, the '154

12  Patent, the '918 Patent, the '289 Patent, the '926 Patent, and the '844 Patent; and

13        F.     Such further and other relief as the Court may deem proper and just.

14                              Respectfully submitted,

15

16  Dated: March 14, 2014           By: */s/ Paul J. Andre*         

17                                  Paul J. Andre

18                                  Lisa Kobialka

                                James Hannah

19                                  KRAMER LEVIN NAFTALIS

20                                  & FRANKEL LLP

                                990 Marsh Road

21                                  Menlo Park, CA 94025

22                                  Telephone: (650) 752-1700

                                Facsimile: (650) 752-1800

23                                  pandre@kramerlevin.com

24                                  lkobialka@kramerlevin.com

                                jhannah@kramerlevin.com

25                                  *Attorneys for Plaintiff*

26                                  FINJAN, INC.

27

28

                                        31

## <u>DEMAND FOR JURY TRIAL</u>

Finjan demands a jury trial on all issues so triable.

Respectfully submitted,

Dated:  March 14, 2014

By:  */s/ Paul J. Andre*
Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

1

COMPLAINT FOR PATENT INFRINGEMENT