| | |
|---|---|
| 1 | SEAN CUNNINGHAM (Bar No. 174931) |
| | sean.cunningham@dlapiper.com |
| 2 | KATHRYN RILEY GRASSO (Bar No. 211187) |
| | kathryn.riley@dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 4 | San Diego, CA 92101-4297 |
| | Tel: (619) 699-2700 |
| 5 | Fax: (619) 699-2701 |
| 6 | RYAN W. COBB (Bar No. 277608) |
| | ryan.cobb@dlapiper.com |
| 7 | SUMMER KRAUSE (Bar No.264858) |
| | summer.krause@dlapiper.com |
| 8 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 9 | East Palo Alto, CA 94303-2215 |
| | Tel: 650.833.2000 |
| 10 | Fax: 650.833.2001 |
| 11 | Attorneys for Defendant |
| | SOPHOS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | CASE NO. 3:14-cv-01197-JCS |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME FOR DEFENDANT SOPHOS INC. TO RESPOND TO PLAINTIFF FINJAN, INC.'S COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| SOPHOS INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Finjan, Inc. ("Finjan") and Defendant Sophos Inc. ("Sophos") hereby stipulate as follows:

WHEREAS, Finjan filed a complaint for patent infringement ("Complaint") against Sophos on March 14, 2014;

WHEREAS, Finjan served Sophos with its Complaint on March 19, 2014

WHEREAS, Sophos currently has until April 9, 2014 to answer or otherwise respond to

1  Finjan's Complaint;

2  WHEREAS, Sophos has requested and Finjan has consented to an additional thirty (30)
3  days for Sophos to file its answer or response to the Complaint;

4  WHEREAS, the requested time modification will not alter the date of any event or any
5  deadline already fixed by Court order.

6  IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their
7  respective counsel, that Sophos shall have until May 9, 2014, to answer or otherwise respond to
8  Finjan's Complaint.

Dated:  March 26, 2014                          DLA PIPER LLP (US)

                                                By: */s/ Summer Krause*
                                                SEAN CUNNINGHAM
                                                KATHRYN RILEY GRASSO
                                                RYAN W. COBB
                                                SUMMER KRAUSE
                                                Attorneys for Defendant
                                                Sophos Inc.

Dated:  March 26, 2014                          KRAMER LEVIN NAFTALIS &
                                                FRANKEL LLP

Dated: March 27, 2014

                                                */s/ Lisa Kobialka*
                                                PAUL J. ANDRE
                                                LISA KOBIALKA
                                                JAMES HANNAH
                                                Attorneys for Plaintiff
                                                Finjan, Inc.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                By: */s/ Summer Krause*
                                                Summer Krause (State Bar No. 264858)