UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

    v.

SOPHOS, INC.,

        Defendant.

Case No. 14-cv-01197-WHO

**ORDER SETTING CASE MANAGGEMENT CONFERENCE**

A further Case Management Conference is set for 2:00 p.m. on March 24, 2015, in Courtroom 2 on the 17th floor, at which time the Court will set the trial date and schedule for the remainder of the case. The parties shall meet and confer and propose an agreed upon schedule, or competing schedules, in a Joint Case Management Report to be filed by March 17, 2015. The parties may include any other matter that warrants the Court's attention in their Report.

**IT IS SO ORDERED**.

Dated: March 2, 2015



WILLIAM H. ORRICK
United States District Judge