UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOPHOS, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-01197-WHO<br><br>**ORDER REGARDING PLAINTIFF'S EMERGENCY ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 92 |

On July 7, 2015, Finjan filed an administrative motion styled, "Emergency Administrative Motion to Compel Sophos to Comply with Judge Orrick's Standing Order or, in the Alternative, to Enlarge Finjan's Time to Respond to Sophos's Time to Respond to Sophos's Motion to Strike." Dkt. No. 92. The motion seeks to compel Sophos to comply with my Standing Order regarding discovery disputes in connection with its pending motion to strike infringement contentions. In the alternative, it seeks to extend the briefing and hearing schedule on the motion to strike, shifting the hearing date from August 12, 2015 to September 2, 2015 and adjusting the briefing schedule accordingly. Sophos opposes both requests. Dkt. No. 93.

Finjan's motion is DENIED. Sophos's motion to strike is not a discovery dispute, and Finjan fails to cite any evidence raising a plausible inference that Sophos intentionally timed the filing of its motion for an improper purpose. In light of Sophos's previous offer to Finjan to extend the briefing and hearing schedule by one week, I will move the hearing date on the motion to strike to August 19, 2015. Finjan's opposition is due by July 23, 2015, and Sophos's reply is due by July 30, 2015.

**IT IS SO ORDERED**.

Dated: July 14, 2015



WILLIAM H. ORRICK
United States District Judge