UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

  v.

SOPHOS, INC.,

    Defendant.

Case No. 14-cv-01197-WHO

**ORDER UNSEALING DOCUMENTS**

Re: Dkt. Nos. 87, 88, 89, 90, 95, 99

On August 24, 2015, I issued an order that, among other things, denied without prejudice several administrative motions to file under seal filed by the parties. The order states in relevant part: "If either party still wants to file any of these documents or portions thereof under seal, it shall file an amended declaration narrowing its sealing requests and/or making a particularized showing of good cause that justifies sealing within seven days of the date of this order." Dkt. No. 103 at 9.

As of the date of this order, neither party has filed an amended declaration. Accordingly, the Clerk shall UNSEAL docket numbers 87, 88, 89, 90, 95, and 99.

**IT IS SO ORDERED**.

Dated: September 9, 2015



WILLIAM H. ORRICK
United States District Judge