PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 3:14-cv-01197-WHO |
| Plaintiff, | **THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| SOPHOS, INC., a Massachusetts Corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Finjan, Inc. ("Finjan") files this Third Amended Complaint for Patent Infringement and Jury Demand against Defendant Sophos, Inc. ("Defendant" or "Sophos") and alleges as follows:

## THE PARTIES

1. Finjan is a Delaware corporation, with its principle place of business at 2000 University Ave., Ste. 600, East Palo Alto, California 94303.

2. Sophos is a Massachusetts corporation with its principal place of business in the United States at 3 Van de Graaff Drive, Second Floor, Burlington, Massachusetts 01803.

## JURISDICTION AND VENUE

3. This action arises under the Patent Act, 35 U.S.C. § 101 *et seq*. This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331 and 1338.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).

5. This Court has personal jurisdiction over Defendant. Upon information and belief, Defendant does business in this District and has, and continues to, infringe and/or induce the infringement in this District. Sophos operates and maintains an office in this District located at 3945 Freedom Circle, Suite 1100, Santa Clara, California 95054. Currently, Sophos is availing itself of the jurisdiction of Northern California in the *Fortinet, Inc. v. Sophos, Inc.*, 5:13-cv-05831, case. In addition, the Court has personal jurisdiction over Defendant because it has established minimum contacts with the forum and the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

## **FINJAN'S INNOVATIONS**

6. Finjan was founded in 1997 as a wholly-owned subsidiary of Finjan Software Ltd., an Israeli corporation. Finjan was a pioneer in developing proactive security technologies capable of detecting previously unknown and emerging online security threats recognized today under the umbrella of "malware." These technologies protect networks and endpoints by identifying suspicious patterns and behaviors of content delivered over the Internet. Finjan has been awarded, and continues to prosecute, numerous patents in the United States and around the world resulting directly from Finjan's more than decade-long research and development efforts, supported by a dozen inventors.

7. Finjan built and sold software, including APIs, and appliances for network security using these patented technologies. These products and customers continue to be supported by Finjan's licensing partners. At its height, Finjan employed nearly 150 employees around the world building and selling security products and operating the Malicious Code Research Center through which it frequently published research regarding network security and current threats on the Internet. Finjan's pioneering approach to online security drew equity investments from two major software and technology companies, the first in 2005, followed by the second in 2006. Through 2009, Finjan has generated millions of dollars in product sales and related services and support revenues.

8. Finjan's founder and original investors are still involved with and invested in the company today, as are a number of other key executives and advisors. Currently, Finjan is a technology company applying its research, development, knowledge and experience with security technologies to working with inventors, investing in and/or acquiring other technology companies, investing in a variety of research organizations, and evaluating strategic partnerships with large companies.

2

9.      On October 12, 2004, U.S. Patent No. 6,804,780 ("the '780 Patent"), entitled SYSTEM AND METHOD FOR PROTECTING A COMPUTER AND A NETWORK FROM HOSTILE DOWNLOADABLES, was issued to Shlomo Touboul.  A true and correct copy of the '780 Patent is attached to this Complaint as Exhibit A and is incorporated by reference herein.

10.      All rights, title, and interest in the '780 Patent have been assigned to Finjan, which is the sole owner of the '780 Patent.  Finjan has been the sole owner of the '780 Patent since its issuance.

11.      The '780 Patent is generally directed towards methods and systems for generating a Downloadable ID.  By generating an identification for each examined Downloadable, the system may allow for the Downloadable to be recognized without reevaluation.  Such recognition increases efficiency while also saving valuable resources, such as memory and computing power.

12.      On March 20, 2012, U.S. Patent No. 8,141,154 ("the '154 Patent"), entitled SYSTEM AND METHOD FOR INSPECTING DYNAMICALLY GENERATED EXECUTABLE CODE, was issued to David Gruzman and Yuval Ben-Itzhak.  A true and correct copy of the '154 Patent is attached to this Complaint as Exhibit B and is incorporated by reference herein.

13.      All rights, title, and interest in the '154 Patent have been assigned to Finjan, who is the sole owner of the '154 Patent.  Finjan has been the sole owner of the '154 Patent since its issuance.

14.      The '154 Patent is generally directed towards a gateway computer for protecting a client computer from dynamically generated malicious content.  One way this is accomplished is to use a content processor to process a first function and invoke a second function if a security computer indicates that it is safe to invoke the second function.

15.      On November 3, 2009, U.S. Patent No. 7,613,918 ("the '918 Patent"), entitled SYSTEM AND METHOD FOR ENFORCING A SECURITY CONTEXT ON A

3

DOWNLOADABLE, was issued to Yuval Ben-Itzhak. A true and correct copy of the '918 Patent is attached to this Complaint as Exhibit C and is incorporated by reference herein.

16. All rights, title, and interest in the '918 Patent have been assigned to Finjan, who is the sole owner of the '918 Patent. Finjan has been the sole owner of the '918 Patent since its issuance.

17. The '918 Patent is generally directed to a system and method for enforcing a security context on a Downloadable. One way this is accomplished is by making use of security contexts that are associated within certain user/group computer accounts when deriving a profile for code received from the Internet.

18. On July 13, 2010, U.S. Patent No. 7,757,289 ("the '289 Patent"), entitled SYSTEM AND METHOD FOR INSPECTING DYNAMICALLY GENERATED EXECUTABLE CODE, was issued to David Gruzman and Yuval Ben-Itzhak. A true and correct copy of the '289 Patent is attached to this Complaint as Exhibit D and is incorporated by reference herein.

19. All rights, title, and interest in the '289 Patent have been assigned to Finjan, which is the sole owner of the '289 Patent. Finjan has been the sole owner of the '289 Patent since its issuance.

20. The '289 Patent generally covers a system and method for inspecting dynamically generated executable code. The claims generally cover receiving content with an original call function and replacing the original call function with a substitute call function, and then determining whether it is safe to invoke the original call function.

21. On November 3, 2009, U.S. Patent No. 7,613,926 ("the '926 Patent"), entitled METHOD AND SYSTEM FOR PROTECTING A COMPUTER AND A NETWORK FROM HOSTILE DOWNLOADABLES, was issued to Yigal Mordechai Edery, Nimrod Itzhak Vered,

4

David R. Kroll and Shlomo Touboul.  A true and correct copy of the '926 Patent is attached to this Complaint as Exhibit E and is incorporated by reference herein.

22.     All rights, title, and interest in the '926 Patent have been assigned to Finjan, which is the sole owner of the '926 Patent.  Finjan has been the sole owner of the '926 Patent since its issuance.

23.     The '926 Patent generally covers a method and system for protecting a computer and a network from hostile downloadables.  The claims generally cover performing hashing on a downloadable in order to generate a downloadable ID, retrieving security profile data, and transmitting an appended downloadable.

24.     On November 28, 2000, U.S. Patent No. 6,154,844 ("the '844 Patent"), entitled SYSTEM AND METHOD FOR ATTACHING A DOWNLOADABLE SECURITY PROFILE TO A DOWNLOADABLE, was issued to Shlomo Touboul and Nachshon Gal.  A true and correct copy of the '844 Patent is attached to this Complaint as Exhibit F and is incorporated by reference herein.

25.     All rights, title, and interest in the '844 Patent have been assigned to Finjan, who is the sole owner of the '844 Patent.  Finjan has been the sole owner of the '844 Patent since its issuance.

26.     The '844 Patent is generally directed towards a system that protects devices connected to the Internet from undesirable operations from web-based content.  One of the ways this is accomplished is by linking a security profile to such web-based content to facilitate the protection of computers and networks from malicious web-based content.

27.     On March 18, 2014, U.S. Patent No. 8,677,494 ("the '494 Patent"), entitled MALICIOUS MOBILE CODE RUNTIME MONITORING SYSTEM AND METHODS, was issued to Yigal Mordechai Edery, Nimrod Itzhak Vered, David R. Kroll and Shlomo Touboul.  A true and

5

correct copy of the '494 Patent is attached to this Complaint as Exhibit X and is incorporated by reference herein.

28.     All rights, title, and interest in the '494 Patent have been assigned to Finjan, who is the sole owner of the '494 Patent.  Finjan has been the sole owner of the '494 Patent since its issuance.

29.     The '494 Patent is generally directed towards a method and system for deriving security profiles and storing the security profiles.  The claims generally cover deriving a security profile for a downloadable, which includes a list of suspicious computer operations, and storing the security profile in a database.

30.     On October 22, 2013, U.S. Patent No. 8,566,580 ("the '580 Patent"), entitled SPLITTING AN SSL CONNECTION BETWEEN GATEWAYS, was issued to Yuval Ben-Itzhak, Shay Lang, and Dmitry Rubinstein.  A true and correct copy of the '580 Patent is attached to this Complaint as Exhibit Y and is incorporated by reference herein.

31.     All rights, title, and interest in the '580 Patent have been assigned to Finjan, who is the sole owner of the '580 Patent.  Finjan has been the sole owner of the '580 Patent since its issuance.

32.     The '580 Patent is generally directed towards a system for secure communication. The claims generally cover a system with a first security computer connect to a client computer with an SSL connector, and a second security computer coupled together with the first security computer, where the second security computer is coupled together with a server with an SSL connector.

## SOPHOS

33.     Sophos makes, uses, sells, offers for sale, and/or imports into the United States and this District products and services that utilize the Sophos Live Protection, Advanced Threat Protection, WebLENS, Behavioral Genotype, and SSL connections, including without limitation on Enduser Protection Suites, Endpoint Antivirus, Endpoint Antivirus - Cloud, Sophos Cloud, Unified

6

Threat Management, Next-Gen Firewall, Secure Web Gateway, Secure Email Gateway, Web

Application Firewall, Network Storage Antivirus, Virtualization Security, SharePoint Security,

Secure VPN, Secure Wi-Fi and Server Security.

34.     Sophos products are broken down into three broad categories.  The first category is

Network Security products which are used to protect a network of computer and mobile devices both

remotely and locally.  The Network Security products generally sit at the gateway between a client

device and the Internet.  These Network Security products can include firewalls, UTMs, Wi-Fi access

points, VPN, web and e-mail protection.  The second category is EndUser Protection which generally

resides as software on client devices such as personal computers, smart phones, tablets, and laptops.

The third category is Server Protection, which generally provides antivirus protection for servers.

35.     Sophos Live Protection is offered with Sophos Network Protection products, EndUser

Protection products, and Server Protection products.  Live Protection will perform instant lookup of

suspicious files in the cloud and compare them to the Sophos Labs database.  This happens when a

file has been identified as suspicious, but locally the determination cannot be made whether it is a

safe.  If the file is identified as clean or malicious by Sophos Live Protection, the decision is sent back

to the endpoint or network device.  Live Protection may also be used for cloud lookups of URIs and

automatically and dynamically categorize any URIs that have not been visited by a user.  Finally,

Live Protection will use live cloud lookups for checksum detections in order to stop malware through

email attachments, IM and other protocols.  The following diagram depicts Live Protection functions:



*See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophosliveprotectiondsna.ashx, a true and correct copy of which is attached hereto as Exhibit G.

36. Recently, Sophos Advanced Threat Protection was introduced and can be found in Sophos Network Protection products. Sophos Advanced Threat Protection is supported with data from the Sophos network of labs and leverages data from the intrusion prevention system and web protection in order to combat Advanced Persistent Threats. Sophos Advanced Threat Protection may

8

also conduct cloud-based selective sandboxing to analyze suspicious content with both web protection and intrusion prevention. The following shows the cloud based sandboxing features:



Cloud-based selective sandboxing allows SophosLabs to analyze suspicious content.

*See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H.

37.     Sophos WebLENS technology blocks threats using content reassembly with JavaScript emulation and behavioral analysis. Its purpose is to stop malicious code at the network layer before it is passed to the browser.

38.     Sophos Behavioral Genotype is used in all Sophos' web, email, endpoint security and control, and OEM products. Sophos Behavior Genotype identifies malware by extracting "genes" or components of behavior. Sophos stores all the genes it has collected from malware within Sophos Labs. A combination of these genes are what make up a genotype. This combination of genes or genotype are used to create a score and determine functionality and behavior. Behavioral Genotype compares the gene information to combinations of genes that appear in malware. The combination of genes or genotypes database is consistently being updated and changed. Behavioral Genotype analyzes executables at the pre-execution level at both the web gateway and the endpoint. Though,

THIRD AMENDED COMPLAINT                                    Case No.: 3:14-cv-01197-WHO
FOR PATENT INFRINGEMENT

Sophos run-time detection technologies will leverage Behavioral Genotype. Below is an example of the gene identification by Behavioral Genotype:

## Gene identification

A gene can be recognized by the specific behavior it exhibits. Each gene is known to be associated with malicous software. Only malicious code triggers **all** these genes at once.

## Example
Identifying against a banking trojan rule if:

Gene 1: code "language" used = Delphi **AND**
Gene 2: code contains banking urls **AND**
Gene 3: calls to a certain API are made

*See* http://www.sophos.com/fr-fr/medialibrary/PDFs/partners/sophoslabsforoemswpnaupdate.ashx, a true and correct copy of which is attached hereto as Exhibit Z.

39.     Sophos networking products are SSL utilizing devices, which include Sophos Remote Ethernet Device ("RED"), Sophos Wi-Fi Access Points, and Sophos Unified Threat Management ("UTM"). Sophos RED is a network appliance that is normally deployed to remote sites and connected through the internet to a UTM device. Sophos UTM appliance networks with other Sophos products such as Sophos Wi-Fi Access Points. The combination of these Sophos products allows a unified security policy and secure networking between multiple locations. The diagrams below depicts one configuration for the networking of these Sophos products:

10



Deployment scenario of Sophos UTM 100/110/120

*See* http://www.sophos.com/en-us/medialibrary/PDFs/factsheets/sophosutm100110120dsna.pdf, a true and correct copy of which is attached hereto as Exhibit AA.

## SOPHOS' INFRINGEMENT OF FINJAN'S PATENTS

40. Defendant has been and is now infringing, literally or under the doctrine of equivalents, the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the '926 Patent, the '844 Patent, the '494 Patent, and the '580 Patent (collectively "the Patents-In-Suit") in this judicial District, and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the claimed system and methods that utilize Sophos Live Protection, Advanced Threat Protection, WebLENS, Behavioral Genotype, and SSL utilizing products, including without limitation on Enduser Protection Suites, Endpoint Antivirus, Endpoint Antivirus - Cloud, Sophos Cloud, Unified Threat Management, Next-Gen Firewall, Secure Web Gateway, Secure Email

11

Gateway, Web Application Firewall, Network Storage Antivirus, Virtualization Security, SharePoint Security, Secure VPN, Secure Wi-Fi and Server Security.

41.     In addition to directly infringing the Patents-In-Suit pursuant to 35 U.S.C. § 271(a) either literally or under the doctrine of equivalents, Defendant indirectly infringes the '780 Patent, the '918 Patent, the '289 Patent, the '926 Patent, the '844 Patent, and the '494 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its users and developers, to perform all or some of the steps of the method claims of these patents, either literally or under the doctrine of equivalents.

42.     In addition to directly infringing the '580 Patent pursuant to 35 U.S.C. § 271(a) either literally or under the doctrine of equivalents, Defendant indirectly infringes the '580 Patent pursuant to 35 U.S.C. § 271(c) by selling a material component of a patented machine or apparatus for use in practicing the claims of the '580 Patent, either literally or under the doctrine of equivalents, by its customers, users and developers, and especially adapted for use in an infringement of the '580 Patent.

## COUNT I
### (Direct Infringement of the '780 Patent pursuant to 35 U.S.C. § 271(a))

43.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

44.     Defendant has infringed and continues to infringe one or more claims of the '780 Patent in violation of 35 U.S.C. § 271(a).

45.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

46.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

12

47.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection, which embodies the patented invention of the '780 Patent.

48.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

49.     Defendant's infringement of the '780 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

50.     Defendant has been aware of the '780 Patent since at least as early as June 29, 2007, yet Defendant has continued its infringing activity despite this knowledge. Defendant knew of, was in possession of, analyzed and had used Finjan's Vital Security Web Appliance with the Vital Security ISA Connector by at least June 29, 2007, and Defendant considered it to be similar to Defendant's product. Finjan's Vital Security Web Appliance with the Vital Security ISA Connector supporting documentation provided Defendant notice of the '780 Patent. Despite the awareness of the '780 Patent at least as of June 29, 2007, Defendant has continued to manufacture, use, sell, import and/or offer for sale Defendant's products and services, which embody the patented invention of the '780 Patent. As such, Defendant has acted recklessly and continues to willfully, wantonly, and deliberately engage in acts of infringement of the '780 Patent, warranting an award to Finjan of enhanced damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## COUNT II
### (Indirect Infringement of the '780 Patent pursuant to 35 U.S.C. § 271(b))

51.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

13

52.     Defendant has induced and continues to induce infringement of at least claims 1-8 of the '780 Patent under 35 U.S.C. § 271(b).

53.     In addition to directly infringing the '780 Patent, Defendant indirectly infringes the '780 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '780 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '780 Patent.

54.     Defendant knowingly and actively aided and abetted the direct infringement of the '780 Patent by instructing and encouraging its customers, users and developers to use the Sophos Live Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection in an infringing manner, providing a mechanism through which third parties may infringe the '780 Patent, specifically through the use of the Sophos Live Protection, advertising and promoting the use of the Sophos Live Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection in an infringing manner.

55.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Sophos Live Protection, including:

- Providing an overview of how Live Protections works.  *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

14

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit K;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L.

56.     Sophos provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

57.     Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

58.     Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

59.     Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products. *See* http://www.sophos.com/en-

THIRD AMENDED COMPLAINT
FOR PATENT INFRINGEMENT

Case No.: 3:14-cv-01197-WHO

us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

60.     Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

61.     Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

62.     Defendant has had knowledge of the '780 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above, has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '780 Patent.

63.     Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and to encourage potential customers, users and developers to use the Sophos Live Protection in the manner described by Finjan.

64.     Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '780 Patent.

16

THIRD AMENDED COMPLAINT                                        Case No.: 3:14-cv-01197-WHO
FOR PATENT INFRINGEMENT

## COUNT III
### (Direct Infringement of the '154 Patent pursuant to 35 U.S.C. § 271(a))

65.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

66.     Defendant has infringed and continues to infringe one or more claims of the '154 Patent in violation of 35 U.S.C. § 271(a).

67.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

68.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

69.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection and Sophos Advanced Threat Protection, which embody the patented invention of the '154 Patent.

70.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

71.     Defendant's infringement of the '154 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

## COUNT IV
### (Direct Infringement of the '918 Patent pursuant to 35 U.S.C. § 271(a))

72.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

73.     Defendant has infringed and continues to infringe one or more claims of the '918 Patent in violation of 35 U.S.C. § 271(a).

17

74.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

75.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

76.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection and Sophos Advanced Threat Protection, which embodies the patented invention of the '918 Patent.

77.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

78.     Defendant's infringement of the '918 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

## COUNT V
### (Indirect Infringement of the '918 Patent pursuant to 35 U.S.C. § 271(b))

79.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

80.     Defendant has induced and continues to induce infringement of at least claims 1-11, 22-27, and 34 of the '918 Patent under 35 U.S.C. § 271(b).

81.     In addition to directly infringing the '918 Patent, Defendant indirectly infringes the '918 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '918 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some

18

combination thereof. Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '918 Patent.

82.     Defendant knowingly and actively aided and abetted the direct infringement of the '918 Patent by instructing and encouraging its customers, users and developers to use Sophos Live Protection and Sophos Advanced Threat Protection. Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner, providing a mechanism through which third parties may infringe the '918 Patent, specifically through the use of the Sophos Live Protection and Sophos Advanced Threat Protection, advertising and promoting the use of the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection and Sophos Advanced Threat Protection in an infringing manner.

83.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Sophos Live Protection and Advanced Threat Protection, including:

- Providing an overview of how Live Protections works. *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit T;

THIRD AMENDED COMPLAINT
FOR PATENT INFRINGEMENT

Case No.: 3:14-cv-01197-WHO

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L;

- Describing what Advanced Threat Protection is used for and how to adjust its settings. *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H;

- Providing a YouTube video on the new feature of Advanced Threat Protection. *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited April 3, 2014);

- Providing a written "how to" configure the Advanced Threat Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

84.    Sophos provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

85.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

86.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

87.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products. *See* http://www.sophos.com/en-

20

us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

88. Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections. These services include consulting, systems integration, managed services and full facilities outsourcing. *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

89. Sophos maintains and offers Sophos Professional Services. Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions. *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

90. Defendant has had knowledge of the '918 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '918 Patent.

91. Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection and to encourage potential users and developers to use the Sophos Live Protection and Advanced Threat Protection in the manner described by Finjan.

92. Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint

Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '918 Patent.

## COUNT VI
### (Direct Infringement of the '289 Patent pursuant to 35 U.S.C. § 271(a))

93. Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

94. Defendant has infringed and continues to infringe one or more claims of the '289 Patent in violation of 35 U.S.C. § 271(a).

95. Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

96. Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

97. Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos WebLENS and Sophos Advanced Threat Protection, which embody the patented invention of the '289 Patent.

98. As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

99. Defendant's infringement of the '289 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

## COUNT VII
### (Indirect Infringement of the '289 Patent pursuant to 35 U.S.C. § 271(b))

100. Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

22

101.     Defendant has induced and continues to induce infringement of at least claims 1-9, 19-21, 25-29, and 35-40 of the '289 Patent under 35 U.S.C. § 271(b).

102.     In addition to directly infringing the '289 Patent, Defendant indirectly infringes the '289 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '289 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '289 Patent.

103.     Defendant knowingly and actively aided and abetted the direct infringement of the '289 Patent by instructing and encouraging its customers, users and developers to use Sophos WebLENS and Sophos Advanced Threat Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner, providing a mechanism through which third parties may infringe the '289 Patent, specifically through the use of the Sophos WebLENS and Sophos Advanced Threat Protection, advertising and promoting the use of the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos WebLENS and Sophos Advanced Threat Protection in an infringing manner.

104.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Advanced Threat Protection, including:

23

- Describing what Advanced Threat Protection is used for and how to adjust its settings. *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H;

- Providing a YouTube video on the new feature of Advanced Threat Protection. *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited April 3, 2014);

- Providing a written "how to" configure the Advanced Threat Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

105.    Sophos Provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

106.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

107.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

108.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products. *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

24

109.     Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

110.     Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

111.     Defendant has had knowledge of the '289 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '289 Patent.

112.     Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos WebLENS and Sophos Advanced Threat Protection and to encourage potential users and developers to use the Sophos WebLENS and Sophos Advanced Threat Protection in the manner described by Finjan.

113.     Sophos actively updates websites, including Sophos' Support, to promote the Sophos WebLENS and Sophos Advanced Threat Protection, including the Sophos Unified Threat Management, Virtual Web Appliance Next Generation Firewall, Secure Web Gateway, and Enduser Protection Suites, to encourage users and developers to practice the methods taught in the '289 Patent.

25

## COUNT VIII
### (Direct Infringement of the '926 Patent pursuant to 35 U.S.C. § 271(a))

114.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

115.    Defendant has infringed and continues to infringe one or more claims of the '926 Patent in violation of 35 U.S.C. § 271(a).

116.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

117.    Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

118.    Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Sophos Live Protection, which embodies the patented invention of the '926 Patent.

119.    As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

120.    Defendant's infringement of the '926 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

## COUNT IX
### (Indirect Infringement of the '926 Patent pursuant to 35 U.S.C. § 271(b))

121.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

122.    Defendant has induced and continues to induce infringement of at least claims 1-7 and 15-21 of the '926 Patent under 35 U.S.C. § 271(b).

26

123.     In addition to directly infringing the '926 Patent, Defendant indirectly infringes the '926 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its customers, users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '926 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof.  Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '926 Patent.

124.     Defendant knowingly and actively aided and abetted the direct infringement of the '926 Patent by instructing and encouraging its customers, users and developers to use the Sophos Live Protection.  Such instructions and encouragement include but are not limited to, advising third parties to use the Sophos Live Protection in an infringing manner, providing a mechanism through which third parties may infringe the '926 Patent, specifically through the use of the Sophos Live Protection, advertising and promoting the use of the Sophos Live Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Sophos Live Protection in an infringing manner.

125.     Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Sophos Live Protection, including:

- Providing an overview of how Live Protections works.  *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection.  *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

27

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit V;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L.

126.    Sophos Provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

127.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

128.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

129.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products. *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

THIRD AMENDED COMPLAINT
FOR PATENT INFRINGEMENT

Case No.: 3:14-cv-01197-WHO

130.    Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

131.    Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

132.    Defendant has had knowledge of the '926 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '926 Patent.

133.    Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and to encourage potential users and developers to use the Sophos Live Protection in the manner described by Finjan.

134.    Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '926 Patent.

29

**(Direct Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(a))**

135.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

136.    Defendant has infringed and continues to infringe one or more claims of the '844 Patent in violation of 35 U.S.C. § 271(a).

137.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

138.    Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

139.    Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to the Sophos Live Protection and Advanced Threat Protection, which embody the patented invention of the '844 Patent.

140.    As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

141.    Defendant's infringement of the '844 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

142.    Defendant has been aware of the '844 Patent since at least as early as June 29, 2007, yet Defendant has continued its infringing activity despite this knowledge. Defendant knew of, was in possession of, analyzed and had used Finjan's Vital Security Web Appliance with the Vital Security ISA Connector by at least June 29, 2007, and Defendant considered it to be similar to

Defendant's product. Finjan's Vital Security Web Appliance with the Vital Security ISA Connector supporting documentation provided Defendant notice of the '844 Patent. Despite the awareness of the '844 Patent at least as of June 29, 2007, Defendant has continued to manufacture, use, sell, import and/or offer for sale Defendant's products and services, which embody the patented invention of the '844 Patent. As such, Defendant has acted recklessly and continues to willfully, wantonly, and deliberately engage in acts of infringement of the '844 Patent, warranting an award to Finjan of enhanced damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## COUNT XI
### (Indirect Infringement of the '844 Patent pursuant to 35 U.S.C. § 271(b))

143.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

144.    Defendant has induced and continues to induce infringement of at least claims 1-14 and 22-31 of the '844 Patent under 35 U.S.C. § 271(b).

145.    In addition to directly infringing the '844 Patent, Defendant indirectly infringes the '844 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including but not limited to its users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '844 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof. Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '844 Patent.

146.    Defendant knowingly and actively aided and abetted the direct infringement of the '844 Patent by instructing and encouraging its users and developers to use the Sophos Live Protection

31

and Advanced Threat Protection. Such instructions and encouragement include but are not limited to,

advising third parties to use the Sophos Live Protection and Advanced Threat Protection in an

infringing manner, providing a mechanism through which third parties may infringe the '844 Patent,

specifically through the use of the Sophos Live Protection and Advanced Threat Protection,

advertising and promoting the use of the Sophos Live Protection and Advanced Threat Protection in

an infringing manner, and distributing guidelines and instructions to third parties on how to use the

Sophos Live Protection and Advanced Threat Protection in an infringing manner.

147.    Sophos regularly updates and maintains the Sophos Support/Labs to provide

demonstration, instructions, and technical assistance to users to help them use the Sophos Live

Protection and Advanced Threat Protection, including:

- Providing an overview of how Live Protections works. *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

- Maintaining a list of behavior profiles such as SUS/ZelXor-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ZelXor-A.aspx, a true and correct copy of which is attached hereto as Exhibit W;

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L;

- Describing what Advanced Threat Protection is used for and how to adjust its settings. *See* http://blogs.sophos.com/2014/02/26/whats-coming-in-sophos-utm-accelerated-9-2-5-advanced-threat-protection-atp/, a true and correct copy of which is attached hereto as Exhibit H;

- Providing a YouTube video on the new feature of Advanced Threat Protection. *Available at* http://www.youtube.com/watch?v=qcGV-R1z6io (last visited April 3, 2014);

THIRD AMENDED COMPLAINT                                    Case No.: 3:14-cv-01197-WHO
FOR PATENT INFRINGEMENT

- Providing a written "how to" configure the Advanced Threat Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/120330.aspx, a true and correct copy of which is attached hereto as Exhibit U.

148.    Sophos Provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

149.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

150.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency. *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

151.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products. *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

152.    Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections. These services include consulting, systems integration, managed services and full facilities outsourcing. *See* http://www.sophos.com/en-

33

us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

153.    Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

154.    Defendant has had knowledge of the '844 Patent at least as of the time it learned of this action for infringement and by continuing the actions described above has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '844 Patent.

155.    Sophos actively and intentionally maintains websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection and to encourage potential users and developers to use the Sophos Live Protection and Advanced Threat Protection in the manner described by Finjan.

156.    Sophos actively updates websites, including Sophos' Support, to promote the Sophos Live Protection and Advanced Threat Protection, including the Sophos Unified Threat Management, Next Generation Firewall, Secure Web Gateway, Secure E-mail Gateway, Sophos Cloud, Endpoint Antivirus Cloud, Endpoint Antivirus, Enduser Protection Suites, and Server Security, to encourage users and developers to practice the methods taught in the '844 Patent.

## COUNT XII
### (Direct Infringement of the '494 Patent pursuant to 35 U.S.C. § 271(a))

157.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

34

158.    Defendant has infringed and continues to infringe one or more claims of the '494 Patent in violation of 35 U.S.C. § 271(a).

159.    Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

160.    Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

161.    Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to Behavioral Genotype and Sophos Live Protection, which embody the patented invention of the '494 Patent.

162.    As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

163.    Defendant's infringement of the '494 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

## COUNT XIII
### (Indirect Infringement of the '494 Patent pursuant to 35 U.S.C. § 271(b))

164.    Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

165.    Defendant has induced and continues to induce infringement of at least claims 1-9 of the '494 Patent under 35 U.S.C. § 271(b).

166.    In addition to directly infringing the '494 Patent, Defendant indirectly infringes the '494 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including

35

but not limited to its users and developers, to perform some of the steps of the method claims, either literally or under the doctrine of equivalents, of the '494 Patent, where all the steps of the method claims are performed by either Sophos or its customers, users or developers, or some combination thereof. Defendant knew or was willfully blind to the fact that it was inducing others, including customers, users and developers, to infringe by practicing, either themselves or in conjunction with Defendant, one or more method claims of the '494 Patent.

167. Defendant knowingly and actively aided and abetted the direct infringement of the '494 Patent by instructing and encouraging its users and developers to use Behavioral Genotype and Sophos Live Protection. Such instructions and encouragement include but are not limited to, advising third parties to use Behavioral Genotype and Sophos Live Protection in an infringing manner, providing a mechanism through which third parties may infringe the '494 Patent, specifically through the use of the Behavioral Genotype and Sophos Live Protection, advertising and promoting the use of the Behavioral Genotype and Sophos Live Protection in an infringing manner, and distributing guidelines and instructions to third parties on how to use the Behavioral Genotype and Sophos Live Protection in an infringing manner.

168. Sophos regularly updates and maintains the Sophos Support/Labs to provide demonstration, instructions, and technical assistance to users to help them use the Behavioral Genotype and Sophos Live Protection, including:

- Providing an overview of how Live Protections works. *See* http://www.sophos.com/en-us/support/knowledgebase/111334.aspx, a true and correct copy of which is attached hereto as Exhibit I;

- Giving step-by-step instructions on how to turn Live Protection on and off, combined with a video demonstration of the functionalities of Live Protection. *See* http://www.sophos.com/en-us/support/knowledgebase/116371.aspx, a true and correct copy of which is attached hereto as Exhibit J;

36

- Maintaining a list of Live Protection errors and suggesting ways of resolving them. *See* http://www.sophos.com/en-us/support/knowledgebase/111244.aspx, a true and correct copy of which is attached hereto as Exhibit L;

- Providing an overview of how Behavioral Genotype protection works with links to comparative analysis. *See* http://www.sophos.com/en-us/support/knowledgebase/17315.aspx, a true and correct copy of which is attached hereto as Exhibit BB;

- Publishing and providing a whitepaper on the Sophos proactive protection technologies, which includes a description of Behavioral Genotype protection and why it is superior to other products on the marketplace. *See* http://www.sophos.com/fr-fr/medialibrary/PDFs/partners/sophoslabsforoemswpnaupdate.ashx, a true and correct copy of which is attached hereto as Exhibit Z;

- Maintaining a list of behavior profiles such as Sus/ExpApp-A, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~ExpApp-A/detailed-analysis.aspx, a true and correct copy of which is attached hereto as Exhibit CC;

- Maintaining a list of behavior profiles such as Sus/Behav-1003, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~Behav-1003/detailed-analysis.aspx. a true and correct copy of which is attached hereto as Exhibit DD;

- Maintaining a list of behavior profiles such as Sus/20121889-B, created by Sophos' labs and posted on Sophos' website for download. *See* http://www.sophos.com/en-us/threat-center/threat-analyses/suspicious-behavior-and-files/Sus~20121889-B/detailed-analysis.aspx, a true and correct copy of which is attached hereto as Exhibit EE.

169.    Sophos Provides quick start guides, administration guides, user guides, and operating instructions which cover in depth aspects of operating Sophos offerings. *See* https://www.sophos.com/en-us/support/documentation.aspx, a true and correct copy of which is attached hereto as Exhibit M.

170.    Sophos maintains and updates a YouTube channel where training and informational videos are posted in order to promote the use of Sophos products. *See* http://www.youtube.com/user/SophosGlobalSupport?feature=watch, a true and correct copy of which is attached hereto as Exhibit N.

171.    Sophos maintains and promotes the Sophos Partner Program to encourage and expand use of the Behavioral Genotype and Sophos Live Protection by offering up-to-date training and certification enabled by a full curriculum of courses in order to increase skills and competency.  *See* http://www.sophos.com/en-us/partners.aspx, a true and correct copy of which is attached hereto as Exhibit O; *see also* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos-partnership-with-sophos-na.pdf, a true and correct copy of which is attached hereto as Exhibit P.

172.    Sophos maintains and promotes the Sophos Managed Service Provider program in which Sophos trains IT personnel to support Sophos products.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/partners/sophos_complete_security_msps_dsna.pdf, a true and correct copy of which is attached hereto as Exhibit Q.

173.    Sophos provides Global System Integrators who provide advisory, solution and deliver services to its customers across all market sections.  These services include consulting, systems integration, managed services and full facilities outsourcing.  *See* http://www.sophos.com/en-us/partners/global-system-integrators.aspx, a true and correct copy of which is attached hereto as Exhibit R.

174.    Sophos maintains and offers Sophos Professional Services.  Sophos Professional Services plans the requirements of a client security needs, builds the endpoint and network solutions for the clients, and then manages the Sophos implemented solutions.  *See* http://www.sophos.com/en-us/medialibrary/PDFs/professionalservices/sophosprofessionalservicesbrna.pdf, a true and correct copy of which is attached hereto as Exhibit S.

175.    Defendant has had knowledge of the '494 Patent at least as of the time it learned of this First Amended Complaint for Patent Infringement and by continuing the actions described above

has had the specific intent to or was willfully blind to the fact that its actions would induce infringement of the '494 Patent.

176.     Sophos actively and intentionally maintains websites, including Sophos' Support, to promote Behavioral Genotype and Sophos Live Protection and to encourage potential users and developers to use Behavioral Genotype and Sophos Live Protection in the manner described by Finjan.

177.     Sophos actively updates websites, including Sophos' Support, to promote Behavioral Genotype and Sophos Live Protection including the Enduser Protection Suites, Endpoint Antivirus, Endpoint Antivirus - Cloud, Sophos Cloud, Unified Threat Management, Next-Gen Firewall, Secure Web Gateway, Secure Email Gateway, Web Application Firewall, Network Storage Antivirus, Virtualization Security, SharePoint Security, and Server Security, to encourage users and developers to practice the methods taught in the '494 Patent.

## COUNT XIV
### (Direct Infringement of the '580 Patent pursuant to 35 U.S.C. § 271(a))

178.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

179.     Defendant has infringed and continues to infringe one or more claims of the '580 Patent in violation of 35 U.S.C. § 271(a).

180.     Defendant's infringement is based upon literal infringement or, in the alternative, infringement under the doctrine of equivalents.

181.     Defendant's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization or license of Finjan.

39

182.     Defendant's infringement includes, but is not limited to, the manufacture, use, sale, importation and/or offer for sale of Defendant's products and services, including but not limited to the Sophos products which utilize SSL connections, which embody the patented invention of the '580 Patent.

183.     As a result of Defendant's unlawful activities, Finjan has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Finjan is entitled to preliminary and/or permanent injunctive relief.

184.     Defendant's infringement of the '580 Patent has injured and continues to injure Finjan in an amount to be proven at trial.

<u>COUNT XV</u>
**(Indirect Infringement of the '580 Patent pursuant to 35 U.S.C. § 271(c))**

185.     Finjan repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

186.     Defendant has contributorily infringed and continues to contributorily infringe at least claims 1-10 of the '580 Patent under 35 U.S.C. § 271(c).

187.     In addition to directly infringing the '580 Patent, Defendant indirectly infringes the '580 Patent pursuant to 35 U.S.C. § 271(c) by selling UTM, RED, and Wi-Fi access points, each a material component of a patented machine or apparatus for use in practicing the claims of the '580 Patent by its customers, users and developers, and especially adapted for use in an infringement of the '580 Patent.  The UTM, RED, and Wi-Fi access points are not a staple article or commodity of commerce suitable for substantial non-infringing use.  Defendant has had knowledge of the '580 Patent at least as of the time it learned of this First Amended Complaint for Patent Infringement and/or was willfully blind to the fact that it contributed to the direct infringement of one or more

40

claims of the '580 Patent by others, either literally or under the doctrine of equivalents, including customers, users and developers.

## PRAYER FOR RELIEF

WHEREFORE, Finjan prays for judgment and relief as follows:

A.      An entry of judgment holding that Defendant has infringed and is infringing the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the '926 Patent, the '844 Patent, the '494 Patent, and the '580 Patent; and that Defendant has induced and is inducing infringement of the '780 Patent, the '918 Patent, the '289 Patent, the '926 Patent, the '844 Patent, and that the '494 Patent; and Defendant has contributorily infringed and continues to contributorily infringe the '580 Patent;

B.      A preliminary and permanent injunction against Defendant and its officers, employees, agents, servants, attorneys, instrumentalities, and/or those in privity with them, from infringing, or inducing the infringement of the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the 926 Patent, the '844 Patent, the '494 Patent, and the '580 Patent, and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

C.      An award to Finjan of such damages as it shall prove at trial against Defendant that is adequate to fully compensate Finjan for Defendant's infringement the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the 926 Patent, the '844 Patent, the '494 Patent, and the '580 Patent, said damages to be no less than a reasonable royalty;

D.      A finding that this case is "exceptional" and an award to Finjan of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

E.      A determination that Defendant's infringement of '780 Patent and '844 Patent has been willful, wanton, and deliberate and that Finjan is entitled to up to treble damages on this basis;

THIRD AMENDED COMPLAINT                                    Case No.: 3:14-cv-01197-WHO
FOR PATENT INFRINGEMENT

F.   An accounting of all infringing sales and revenues, together with post judgment interest and prejudgment interest from the first date of infringement of the '780 Patent, the '154 Patent, the '918 Patent, the '289 Patent, the '926 Patent, the '844 Patent, the '494 Patent, and the '580 Patent; and

G.   Such further and other relief as the Court may deem proper and just.

Respectfully submitted,

Dated: October 8, 2015
By: */s/ Paul J. Andre*

Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

## DEMAND FOR JURY TRIAL

Finjan demands a jury trial on all issues so triable.

Respectfully submitted,

Dated:  October 8, 2015

By:  */s/ Paul J. Andre*
Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.