# EXHIBIT 16

# EXHIBIT B-3

## INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 6,804,780

Reference: Mary Kirtland, "Safe Web surfing with the Internet Component Download Service," Microsoft Systems Journal, July 1996 ("**Kirtland**")

| Claim 1 | Kirtland |
|---|---|
| [1A]. A computer-based method for generating a Downloadable ID to identify a Downloadable, comprising: | *See* claim 1D below. |
| [1B] obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable; | Kirtland discloses obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable. *See, e.g.*, Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage. 1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer. 1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform certificate checking. 2 |
| [1C] fetching at least one software component identified by the one or more references; and | Kirtland discloses fetching at least one software component identified by the one or more references. *See, e.g.*, Kirtland at 2; 3; 6. |

| Claim 1 | Kirtland |
|---|---|
| | The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform certificate checking. 2 |
| | The Internet search path mechanism gives the user or system administrator flexibility in determining how files download. By setting up URLs in the path before the CODEBASE keyword, you can install files from local intranet caches of common components. Removing the CODEBASE keyword from the path effectively disables component downloads from the Internet. By setting up URLs in the path after the CODEBASE keyword, you can install files from standard distribution points, even if the server specified in the active document is not available. 3 |
| | Using a CAB file offers two advantages over the PEformat method. First, CAB files are compressed, which reduces the time required to download your control. Second, you can download multiple files; if your control uses any dependent files, you can put them in the CAB. Be careful to include only those files that must be downloaded in the cabinet or you'll waste the user's time downloading code that's already installed. For example, you might not want to include the MFC run-time DLLs since the odds are pretty good that some other application or component already installed them. When you package your control in a CAB file, collect all the required files and write an INF file that provides further installation instructions. The INF file refers to files in the CAB and to files at other URLs (which is how you handle files that may be installed already). The INF file syntax understood by the Internet Component Download service is a subset of the standard Setup INF file syntax you may be familiar with (see Figure 8). 6 |

| Claim 1 | Kirtland |
|---|---|
| [1D] performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID; | Kirtland discloses performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID. *See, e.g.,* Kirtland at 2; 4; 5.<br><br>Microsoft's mechanism for inspecting and validating signatures is known as the Windows Trust Verification service. This service looks at the certificates of approval within a digital signature and tells you if it comes from a trusted source. The certificates within a signature form a trust chain: once you find a point on the chain you trust, you can trust all the certificates below it. To keep track of the certificates you trust, a secure database of sources is maintained on your machine. Initially this database contains a limited set of authorities that everyone trusts. Over time, as you indicates that additional sources are trustworthy, a trust hierarchy forms. The main purpose of the Windows Trust Verification service is to compare the contents of a digital signature to the trust hierarchy and indicate the trustworthiness of the code author.   2<br>Once the required files have been downloaded, the Windows Trust Provider Service function WinVerifyTrust is called to ensure that the file is safe to install. WinVerifyTrust searches the file for a signature block (also known as a digital signature). The signature block contains information about the author of the file, a public key, and an encrypted digest of the file's contents.   4<br>If the certificate is valid, the trust verification service decrypts the digest with the public key and regenerates the digest on the downloaded file. If the two digests don't match, the file has been tampered with. Again, a warning message displays for the user. The service also displays a warning if it doesn't find any certificate at all. To get a real certificate, you'll need to work with a certificate authority (CA), which is an organization like VeriSign that publishes policies for granting certificates and grants certificates to applicants who meet the stated criteria.   4   5 |
| Claim 2 | Kirtland |

| Claim 2 | Kirtland |
|---|---|
| [2A]. The method of claim 1, | *See* claim 1 above. |
| [2B] wherein the Downloadable includes an applet. | Kirtland discloses wherein the Downloadable includes an applet. *See, e.g.*, Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.  1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.  1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform  2<br><br>certificate checking. |

| Claim 3 | Kirtland |
|---|---|
| [3A]. The method of claim 1, | *See* claim 1 above. |
| [3B] wherein the Downloadable includes an active software control. | Kirtland discloses wherein the Downloadable includes an active software control. *See, e.g.*, Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.  1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.  1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform  2<br><br>certificate checking. |

| Claim 4 | Kirtland |
|---|---|
| [4A].  The method of claim 1, | *See* claim 1 above. |
| [4B] wherein the Downloadable includes a plugin. | Kirtland discloses wherein the Downloadable includes an plugin.  *See, e.g.,* Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.    1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.    1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform certificate checking.    2 |

| Claim 5 | Kirtland |
|---|---|
| [5A].  The method of claim 1, | *See* claim 1 above. |
| [5B] wherein the Downloadable includes HTML code. | Kirtland discloses wherein the Downloadable includes HTML code.  *See, e.g.,* Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.    1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.    1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform certificate checking.    2 |

| Claim 6 | Kirtland |
|---|---|
| [6A]. The method of claim 1, | *See* claim 1 above. |
| [6B] wherein the Downloadable includes an application program. | Kirtland discloses wherein the Downloadable includes an application program. *See, e.g.,* Kirtland at 1; 2.<br><br>Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.   1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.   1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform certificate checking.   2 |

| Claim 7 | Kirtland |
|---|---|
| [7A]. The method of claim 1, | *See* claim 1 above. |
| [7B] wherein said fetching includes fetching a first software component referenced by the Downloadable | *See* claim 1C above. |

| Claim 8 | Kirtland |
|---|---|
| [8A]. The method of claim 1, | *See* claim 1 above. |
| [8B] wherein said fetching includes fetching all software components referenced by the Downloadable. | *See* claim 1C above. |

-6-

| Claim 9 | Kirtland |
|---|---|
| [9A]. A system for generating a Downloadable ID to identify a Downloadable, comprising: | Kirtland discloses a system for generating a Downloadable ID to identify a Downloadable. *See, e.g.*, Kirtland at 2; 4; 5.<br><br>Microsoft's mechanism for inspecting and validating signatures is known as the Windows Trust Verification service. This service looks at the certificates of approval within a digital signature and tells you if it comes from a trusted source. The certificates within a signature form a trust chain: once you find a point on the chain you trust, you can trust all the certificates below it. To keep track of the certificates you trust, a secure database of sources is maintained on your machine. Initially this database contains a limited set of authorities that everyone trusts. Over time, as you indicates that additional sources are trustworthy, a trust hierarchy forms. The main purpose of the Windows Trust Verification service is to compare the contents of a digital signature to the trust hierarchy and indicate the trustworthiness of the code author.     2<br>Once the required files have been downloaded, the Windows Trust Provider Service function WinVerifyTrust is called to ensure that the file is safe to install. WinVerifyTrust searches the file for a signature block (also known as a digital signature). The signature block contains information about the author of the file, a public key, and an encrypted digest of the file's contents.     4<br>If the certificate is valid, the trust verification service decrypts the digest with the pub]ic key and regenerates the digest on the downloaded file. If the two digests don't match, the file has been tampered with. Again, a warning message displays for the user. The service also displays a warning if it doesn't find any certificate at all.     4<br>To get a real certificate, you'll need to work with a certificate authority (CA), which is an organization like VeriSign that publishes policies for granting certificates and grants certificates to applicants who meet the stated criteria.     5 |
| [9B] a communications engine for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable; and | Kirtland discloses a communications engine for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable. *See, e.g.*, Kirtland at 1; 2. |

-7-

| Claim 9 | Kirtland |
|---|---|
| | Active content doesn't come without a price. The code that activates documents needs to execute on some machine, and code always has the potential to do damage.  1<br><br>For many of the active documents you see today, the code resides on the Web server. This is usually safe--the webmaster knows where the code came from--but performance can suffer.  1<br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform  2<br>certificate checking. |
| [9C] an ID generator coupled to the communications engine that fetches at least one software component identified by the one or more references, and for performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID. | Kirtland discloses a communications engine for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable. *See, e.g.,* Kirtland at 2; 3; 6; 4; 5.<br><br>The Internet Component Download service is a mechanism through which applications download, certify, and install ActiveX component code from the Internet. This service uses Windows Trust Verification services internally to perform  2<br>certificate checking.<br>The Internet search path mechanism gives the user or system administrator flexibility in determining how files download. By setting up URLs in the path before the CODEBASE keyword, you can install files from local intranet caches of common  3 |

-8-

| Claim 9 | Kirtland |
|---|---|
| | components. Removing the CODEBASE keyword from the path effectively disables component downloads from the Internet. By setting up URLs in the path after the CODEBASE keyword, you can install files from standard distribution points, even if the server specified in the active document is not available. Using a CAB file offers two advantages over the PEformat method. First, CAB files are compressed, which reduces the time required to download your control. Second, you can download multiple files; if your control uses any dependent files, you can put them in the CAB. Be careful to include only those files that must be downloaded in the cabinet or you'll waste the user's time downloading code that's already installed. For example, you might not want to include the MFC run-time DLLs since the odds are pretty good that some other application or component already installed them. When you package your control in a CAB file, collect all the required files and write an INF file that provides further installation instructions. The INF file refers to files in the CAB and to files at other URLs (which is how you handle files that may be installed already). The INF file syntax understood by the Internet Component Download service is a subset of the standard Setup INF file syntax you may be familiar with (see Figure 8). 6<br><br>Microsoft's mechanism for inspecting and validating signatures is known as the Windows Trust Verification service. This service looks at the certificates of approval within a digital signature and tells you if it comes from a trusted source. The certificates within a signature form a trust chain: once you find a point on the chain you trust, you can trust all the certificates below it. To keep track of the certificates you trust, a secure database of sources is maintained on your machine. Initially this database contains a limited set of authorities that everyone trusts. Over time, as you indicates that additional sources are trustworthy, a trust hierarchy forms. The main purpose of the Windows Trust Verification service is to compare the contents of a digital signature to the trust hierarchy and indicate the trustworthiness of 2 |

| Claim 10 | Kirtland |
|---|---|
| [10A].  The system of claim 9, | *See* claim 9 above. |
| [10B] wherein the Downloadable includes an applet. | *See* claim 2B above. |

| Claim 11 | Kirtland |
|---|---|
| [11A].  The system of claim 9, | *See* claim 9 above. |
| [11B] wherein the Downloadable includes an active software control. | *See* claim 3B above. |

| Claim 12 | Kirtland |
|---|---|
| [12A].  The system of claim 9, | *See* claim 9 above. |
| [12B] wherein the Downloadable includes a plugin. | *See* claim 4B above. |

| Claim 13 | Kirtland |
|---|---|
| [13A].  The system of claim 9, | *See* claim 9 above. |
| [13B] wherein the Downloadable includes HTML code. | *See* claim 5B above. |

| Claim 14 | Kirtland |
|---|---|
| [14A]. The system of claim 9, | *See* claim 9 above. |
| [14B] wherein the Downloadable includes an application program. | *See* claim 6B above. |

| Claim 15 | Kirtland |
|---|---|
| [15A]. The system of claim 9, | *See* claim 9 above. |
| [15B] wherein the ID generator fetches a first software component referenced by the Downloadable. | *See* claim 7B above. |

| Claim 16 | Kirtland |
|---|---|
| [16A]. The method of claim 9, | *See* claim 9 above. |
| [16B] wherein the ID generator fetches all software components referenced by the Downloadable. | *See* claim 8B above. |

| Claim 17 | Kirtland |
|---|---|
| [17A]. A system for generating a Downloadable ID to identify a Downloadable, comprising: | *See* claim 9A above. |

-11-

| **Claim 17** | **Kirtland** |
|---|---|
| [17B] means for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable; | *See* claim 9B above. |
| [17C] means for fetching at least one software component identified by the one or more references; and | *See* claim 9C above. |
| [17D] means for performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID. | *See* claim 9C above. |

| **Claim 18** | **Kirtland** |
|---|---|
| [18A]. A computer-readable storage medium storing program code for causing a computer to perform the steps of: | *See* claim 9A above. |
| [18B] obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable; | *See* claim 9B above. |

-12-

| Claim 18 | Kirtland |
|---|---|
| [18C] fetching at least one software component identified by the one or more references; and | *See* claim 9C above. |
| [18D] performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID. | *See* claim 9C above. |