1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   FINJAN, INC.,                           CASE NO.  3:14-cv-01197-WHO

12                   Plaintiff,              **[PROPOSED] ORDER GRANTING
                                             SOPHOS INC.'S ADMINISTRATIVE
13   v.                                      MOTION TO FILE DOCUMENTS UNDER
                                             SEAL**
14   SOPHOS INC.,
                                             Judge:  William H. Orrick
15                   Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)   WEST\268777444.1

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Defendant Sophos Inc.'s ("Sophos") Motion For Administrative Relief To File Under Seal, the Court rules that the following material shall be filed under seal:

| Exhibits Attached to the Declaration of Sean Cunningham in Support of Sophos's Motion for Partial Summary Judgment ||
|---|---|
| **Document** | **Content** |
| Exhibit 2 | This document was served by Finjan as the Rebuttal Expert Report of Dr. Trent Jaeger Regarding Validity of U.S. Patent Nos. 6,154,844; 7,613,926; 8,566,580; and 8,677,494.<br><br>The entirety of this exhibit was designated by Finjan as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY." |
| Exhibit 11 | This document was served by Finjan as the Expert Report of Dr. Eric Cole Regarding Infringement of Sophos, Inc. of Patent Nos. 6,154,844; 7,613,918; 8,566,580; 8,677,494.<br><br>The entirety of this exhibit was designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE" and contains source code for current products, Dr. Cole's explanation of how he believes such source code operates, Dr. Cole's explanation of how he believes Sophos's current products operate, and Dr. Cole's explanation of how he believes SophosLabs's internal systems operate. |
| Exhibit 12 | This document was served by Finjan as the Expert Report of Dr. Michael Mitzenmacher Regarding Infringement of Sophos, Inc. of Patent Nos. 6,804,780; 7,757,289; 8,141,154; 7,613,926.<br><br>The entirety of this exhibit was designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE" and contains source code for current products, Dr. Mitzenmacher's explanation of how he believes the such source code operates, Dr. Mitzenmacher's explanation of how he believes Sophos's current products operate, and Dr. Mitzenmacher's explanation of how he believes SophosLabs's internal systems operate. |

| | Exhibits Attached to the Declaration of Sean Cunningham in Support of Sophos's Motion for Partial Summary Judgment | |
|---|---|---|
| **Document** | **Content** | |
| Exhibit 13 | This document was served by Sophos as the Rebuttal Expert Report of David Klausner Regarding Noninfringement of Patent Nos. 6,154,844; 6,804,780; 7,613,926; 8,677,494; 7,613,918; 7,757,289; 8,141,154; & 8,566,580.<br><br>The entirety of this exhibit was designated by Sophos as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SOURCE CODE" and contains source code for current products, Mr. Klausner's explanation of how he believes such source code operates, Mr. Klausner's explanation of how he believes Sophos's current products operate, and Mr. Klausner's explanation of how he believes SophosLabs' internal systems operate. | |
| Exhibit 14 | This document contains excerpts from the deposition testimony of Mark Harris, taken in connection with this litigation on November 11, 2015.<br><br>Mr. Harris is a Sophos engineer and currently Sophos's Vice President of Core Products. The entirety of this transcript was designated by Sophos as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" and contains detailed testimony regarding the operation of SophosLabs' internal systems. | |
| Exhibit 15 | This document contains excerpts from the deposition testimony of Robert Cook, taken in connection with this litigation on December 11, 2015.<br><br>Mr. Cook is a Sophos engineer and currently Senior Development Manager at Sophos. The entirety of this transcript was designated by Sophos as "HIGHLY CONFIDENTIAL SOURCE CODE" and contains detailed testimony regarding the operation of SophosLabs' internal systems. | |
| Exhibit 16 | This document contains excerpts from the deposition testimony of Fraser Howard, taken in connection with this litigation on October 27, 2015.<br><br>Mr. Howard is a Sophos engineer and currently Principal Virus Researcher at Sophos. The entirety of this transcript was designated by Sophos as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" and contains detailed testimony regarding the operation of SophosLabs' internal systems. | |

| Exhibits Attached to the Declaration of Sean Cunningham in Support of Sophos's Motion for Partial Summary Judgment | |
|---|---|
| **Document** | **Content** |
| Exhibit 18 | This document contains excerpts from the deposition testimony of Mario Magdic, taken in connection with this litigation on April 24, 2015.<br><br>Mr. Magdic is a Sophos engineer and currently Senior Software Engineer at Sophos. The entirety of this transcript was designated by Sophos as "CONFIDENTIAL - ATTORNEYS' EYES ONLY" and contains detailed testimony regarding the operation of SophosLabs' internal systems. |
| Exhibit 19 | This document contains excerpts from the deposition testimony of Timothy Twaits, taken in connection with this litigation on April 28, 2015.<br><br>Mr. Twaits is a Sophos engineer and currently Principal Software Engineer at Sophos. The entirety of this transcript was designated by Sophos as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE" and contains detailed testimony regarding the structure, function, and operation of current Sophos products, including Sophos's Endpoint Protection product, and explanation of how SophosLabs's internal systems operate. |
| Motion for Partial Summary Judgment | This unredacted version of Sophos's Motion for Partial Summary Judgment is filed concurrently with this Administrative Motion to File Documents Under Seal and a public redacted version of the Motion for Partial Summary Judgment.<br><br>The unredacted version of Sophos's Motion for Partial Summary Judgment contains information designated by Sophos as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" and contains argument regarding the operation of current Sophos products, and SophosLabs' internal systems. |

IT IS HEREBY ORDERED THAT the above materials shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____, 2016        _____

WILLIAM H. ORRICK
United States District Court Judge