SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

TODD PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Ste. 2500
Austin, TX 78701-3799
Tel:  512.457.7000
Fax:  512.457.7001

SUMMER K. TORREZ (Bar No.264858)
summer.torrez@dlapiper.com
KRISTA CELENTANO (Bar No.279526)
krista.celentano@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

ANDREW N. STEIN (*pro hac vice*)
andrew.stein@dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, D.C.  20001
Tel: 202.799.4000
Fax: 202.799.5000

Attorneys for Defendant
SOPHOS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOPHOS INC., <br><br> Defendant. | CASE NO.  3:14-cv-01197-WHO <br><br> **DECLARATION OF SEAN C. CUNNINGHAM IN SUPPORT OF DEFENDANT SOPHOS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Sean Cunningham, submit this declaration in support of Defendant Sophos Inc.'s Motion for Partial Summary Judgment and declare as follows:

1. I am a partner at the law firm of DLA Piper LLP (US), attorneys of record for Defendant Sophos Inc. ("Sophos").  If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of the Special Verdict Form in *Finjan, Inc., v. Sophos, Inc., et al.,* Case No. 10-593-GMS (D. Del.).

/////

-1-
CUNNINGHAM DECLARATION ISO MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 13-CV-01197-WHO

3. Attached as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of Trent Jaeger Regarding Validity of U.S. Patent Nos. 6,154,844; 7,613,926; 8,566,580; and 8,677,494, dated February 19, 2016.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,804,780.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,154,844.

6. Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 7,613,926.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 8,677,494.

8. Attached as Exhibit 7 is a comparison chart comparing certain claims of U.S. Patent No. 6,092,194 with the asserted claims of U.S. Patent Nos. 6,804,780; 6,154,844; 7,613,926; and 8,677,494.

9. Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 6,092,194.

10. Attached as Exhibit 9 is a true and correct copy of the Expert Report of Dr. Frederick B. Cohen Regarding Invalidity, dated December 21, 2015.

11. Attached as Exhibit 10 are true and correct copies of Plaintiff Finjan, Inc.'s Notice of Deposition of Defendant Sophos Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated March 02, 2015 and Plaintiff Finjan, Inc.'s Second Notice of Deposition of Defendant Sophos Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated October 27, 2015.

12. Attached as Exhibit 11 is a true and correct copy of the Expert Report of Dr. Eric Cole Regarding Infringement of Sophos, Inc. of Patent Nos. 6,154,844; 7,613,918; 8,566,580; 8,677,494, dated December 20, 2015.

13. Attached as Exhibit 12 is a true and correct copy of the Expert Report of Dr. Michael Mitzenmacher Regarding Infringement of Sophos, Inc. of Patent Nos. 6,804,780; 7,757,289; 8,141,154; 7,613,926, dated December 20, 2015.

14. Attached as Exhibit 13 is a true and correct copy of the Corrected Rebuttal Expert Report of David Klausner Regarding Noninfringement of U.S. Patent Nos. 6,154,844; 6,804,780; 7,613,926; 8,677,494; 7,613,918; 8,141,154; & 8,566,580, served February 23, 2016.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Mark Harris, dated November 11, 2015.

1    16.     Attached as Exhibit 15 is a true and correct copy of excerpts of the deposition
2  transcript of Robert Cook, dated December 11, 2015.

3    17.     Attached as Exhibit 16 is a true and correct copy of excerpts of the deposition
4  transcript of Fraser Howard, dated October 27, 2015.

5    18.     Attached as Exhibit 17 is a true and correct copy of a document produced by
6  Finjan bearing the Bates Numbers FINJAN-SOP 005380 through FINJAN-SOP 005389.

7    19.     Attached as Exhibit 18 is a true and correct copy of excerpts of the deposition
8  transcript of Mario Magdic, dated April 24, 2015.

9    20.     Attached as Exhibit 19 is a true and correct copy of excerpts of the deposition
10 transcript of Timothy Twaits, dated April 28, 2015.

11   21.     Attached as Exhibit 20 is a true and correct copy of U.S. Patent No. 7,757,289.

12   22.     Attached as Exhibit 21 is a true and correct copy of excerpts of the deposition
13 transcript of Nenad Medvidovic, dated March 18, 2016.

14   23.     Attached as Exhibit 22 is a true and correct copy of excerpts from the file history
15 of U.S. Patent No. 6,154,844.

16   24.     Attached as Exhibit 23 is a true and correct copy of excerpts of the deposition
17 transcript of Dr. Eric Cole, dated March 3, 2016.

18   25.     Attached as Exhibit 24 is a true and correct copy of U.S. Patent No. 7,613,918.

19       I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct. This declaration was executed on March 30, 2016, at San Diego,
21 California.

         */s/ Sean Cunningham*
23       Sean Cunningham