PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> SOPHOS, INC., <br><br>           Defendant. | Case No.: 14-CV-01197-WHO <br><br> **PLAINTIFF FINJAN, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL** |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rules 7-11 and 79-5, and Judge Orrick's Standing Order on Administrative Motions to File Under, Plaintiff Finjan, Inc. ("Finjan") brings this Administrative Motion to File Under Seal. Finjan certifies it has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal and also Civil Local Rule 79-5. Specifically, there exist compelling reasons to file the following documents under seal:

| Identification of the documents or portions of documents to be sealed | Entity that designated the information to be confidential |
|---|---|
| Finjan's Notice of Motion and Motion to for Summary Judgment of Infringement and Validity ("Finjan's Motion"), redacted portions on Page 2, l. 4; page 3, ll. 3-8, 14-20; page 5, ll. 11, 17-28; page 6, ll. 1-26; page 7, ll. 1-6; page 9, ll. 12-16, 22-25; page 10, ll. 2-6, 8-10, 15-22; page 11, ll. 14-20; page 12, ll. 10-11, 14-20, 24-27; page 13, ll. 7-17, 19-21, 27; page 14, ll. 14-17, 21-26; page 15, ll. 3-4, 9-15, 21-28; page 16, ll. 15-18, 21-28; page 17, ll. 1-2, 8-11, 13-17, 19-28; page 18, l. 1; page 19, ll. 6, 12-13, 18, 23-24, 28; page 20, ll. 1, 3, 8, 23-28; page 21, ll. 1-2, 26-27; page 22, ll. 9-25; page 23, ll. 1-2<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only – Source Code." | Defendant Sophos, Inc. ("Sophos") |
| Exhibit 1 to Declaration of Kristopher Kastens in Support of Finjan's Motion ("Kastens Declaration"), in its entirety<br><br>This information contains financial and confidential business information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |

1

FINJAN'S NOTICE OF ADMINISTRATIVE MOTION           Case No. 14-CV-01197-WHO
AND MOTION TO FILE DOCUMENTS UNDER SEAL

| | |
|---|---|
| Exhibits 4-5, 16-19, 23 and 37 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential - Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code." | Sophos |
| Exhibits 14, 20-21, 24-27, 32-33, and 41-42 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |
| Exhibits 15 and 22 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code." | Sophos |
| Exhibits 29 and 36 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code." | Sophos |

For the documents listed above, Finjan relies upon the confidentiality designations of Sophos. These documents contain the confidential information that Sophos has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code." They disclose confidential technical and business information of Sophos.

## II. ARGUMENT

Finjan seeks to seal confidential information attached to its Finjan's Motion for Summary Judgment that Sophos designated as its highly confidential information. Mindful of the Court's Stipulated Protective Order and also Civil Local Rule 79-5 , Finjan has filed publicly the relevant excerpts of information that are not confidential. Finjan has narrowly tailored its request with this

2

Administrative Motion, seeking to file under seal only those documents Sophos has designated as containing confidential information pursuant to the Stipulated Protective Order governing the treatment of confidential information exchanged during discovery.

As set forth in the accompanying Declaration of Kristopher Kastens in Support of Finjan's Administrative Motion to File Documents Under Seal, the documents at issue contain confidential technical and business information regarding Sophos's products and business.

Pursuant to Civil Local Rule 79-5(e), Finjan is filing this Administrative Motion because the documents contain information that Sophos has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code."  To comply with the Stipulated Protective Order in this case, Finjan is required to make this motion.  Consequently, this Administrative Motion should be granted because it is narrowly tailored to cover only the documents for which compelling reasons for filing under seal exist.  Given the nature of the confidential information, Sophos may contend that it will suffer substantial prejudice to their business interests.

Attached hereto are redacted and unredacted versions of documents set forth above.

## III. CONCLUSION

Finjan has shown compelling reasons for this request to file the above-referenced documents under seal.  This request is narrowly tailored to seal only information that is regarded as confidential.  For these reasons, Finjan respectfully requests that the Court grant its Administrative Motion to File Documents Under Seal.

///

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED:  March 30, 2016 | By: | /s/ Lisa Kobialka |

         Paul J. Andre (State Bar. No. 196585)
         Lisa Kobialka (State Bar No. 191404)
         James Hannah (State Bar No. 237978)
         KRAMER LEVIN NAFTALIS
          & FRANKEL LLP
         990 Marsh Road
         Menlo Park, CA  94025
         Telephone: (650) 752-1700
         Facsimile: (650) 752-1800
         pandre@kramerlevin.com
         lkobialka@kramerlevin.com
         jhannah@kramerlevin.com

         *Attorneys for Plaintiff*
         FINJAN, INC.