PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No.: 14-CV-01197-WHO |
| Plaintiff, | **DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SOPHOS, INC., | |
| Defendant. | |

I, Kristopher Kastens, declare:

1.    I have personal knowledge of the facts stated herein.

2.    I am licensed to practice law in the State of California and am an attorney at Kramer Levin Naftalis and Frankel LLP, counsel of record for Finjan, Inc. ("Finjan").  I make this declaration in support of Finjan's Administrative Motion to File Documents Under Seal pursuant to Civil Local Rules 79-5(d) and 79-5(e).

3.    I have reviewed the following documents and confirmed that they are designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" by Defendant Sophos, Inc. ("Sophos") pursuant to the stipulated protective order in this litigation.  For the documents listed below, Finjan relies upon the confidentiality designations of Sophos:

| Identification of the documents or portions of documents to be sealed | Entity that designated the information to be confidential |
|---|---|
| Finjan's Notice of Motion and Motion to for Summary Judgment of Infringement and Validity ("Finjan's Motion"), redacted portions on Page 2, l. 4; page 3, ll. 3-8, 14-20; page 5, ll. 11, 17-28; page 6, ll. 1-26; page 7, ll. 1-6; page 9, ll. 12-16, 22-25; page 10, ll. 2-6, 8-10, 15-22; page 11, ll. 14-20; page 12, ll. 10-11, 14-20, 24-27; page 13, ll. 7-17, 19-21, 27; page 14, ll. 14-17, 21-26; page 15, ll. 3-4, 9-15, 21-28; page 16, ll. 15-18, 21-28; page 17, ll. 1-2, 8-11, 13-17, 19-28; page 18, l. 1; page 19, ll. 6, 12-13, 18, 23-24, 28; page 20, ll. 1, 3, 8, 23-28; page 21, ll. 1-2, 26-27; page 22, ll. 9-25; page 23, ll. 1-2<br><br>This information contains technical and source code information regarding Sophos's products and business.  This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only – Source Code." | Defendant Sophos, Inc. ("Sophos") |
| Exhibit 1 to Declaration of Kristopher Kastens in Support of Finjan's Motion ("Kastens Declaration"), in its entirety<br><br>This information contains financial and confidential business information regarding Sophos's products and business.  This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |

1

| | |
|---|---|
| Exhibits 4, 5, 16-19, 23 and 37 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential - Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code." | Sophos |
| Exhibits 14, 20-21, 24-27, 32-33, and 41-42 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |
| Exhibits 15 and 22 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only – Source Code." | Sophos |
| Exhibits 29 and 36 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code." | Sophos |

4.     Finjan requests leave to file these documents under seal because these documents and information have been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" and contain technical and business information regarding Sophos's products and business as follows:

a.     Finjan's Motion, redacted portions on page 2, l. 4; page 3, ll. 3-8, 14-20; page 5, ll. 11, 17-28; page 6, ll. 1-26; page 7, ll. 1-6; page 9, ll. 12-16, 22-25; page 10, ll. 2-6, 8-10, 15-22; page 11, ll. 14-20; page 12, ll. 10-11, 14-20, 24-27; page 13, ll. 7-17, 19-21, 27; page 14, ll. 14-17, 21-26; page 15, ll. 3-4, 9-15, 21-28; page 16, ll. 15-18, 21-28; page 17, ll. 1-2, 8-11, 13-17, 19-28; page 18, l. 1; page 19, ll. 6, 12-13, 18, 23-24, 28; page 20, ll. 1, 3, 8, 23-28; page 21, ll. 1-2, 26-27; page 22, ll. 9-25; page 23, ll. 1-2 contain technical and source code information

2

regarding Sophos's products and business.  This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code."

b.      Exhibit 1 to Kastens Declaration contains a copy of Sophos's OEM Agreement. It contains financial information regarding Sophos's products and business and has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only."

c.      Exhibits 4, 5, 16-19, 23 and 37 to Kastens Declaration are excerpts from deposition transcripts of Sophos's witnesses, including David Klausner, Robert Cook, Mark Harris, Arpad Petho, Mario Magdic, Fraser Howard, and Dr. Frederick Cohen.  They contain technical and source code information regarding Sophos's products and business and have been designated by Sophos as "Highly Confidential - Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code."

d.      Exhibits 14, 20-21, 24-27, 32-33, and 41-42 to Kastens Declaration contain Sophos's technical documents such as specifications, manuals and product presentations.  They contain technical information regarding Sophos's products and business and have been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only."

e.      Exhibits 15 and 22 to Kastens Declaration contain excerpts from Finjan's expert reports: Expert Report of Dr. Eric Cole and Expert Report of Dr. Michael Mitzenmacher.  They contain technical and source code information regarding Sophos's products and business and have been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only - Source Code."

f.      Exhibits 29 and 36 to Kastens Declaration contain excerpts from Sophos's expert reports: Expert Report of David Klausner and Expert Report of Dr. Frederick Cohen. They contain technical and source code information regarding Sophos's products and business and have been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only - Source Code."

3

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct.  Executed on March 30, 2016, in Menlo Park, California.

*/s/ Kristopher Kastens*
Kristopher Kastens

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

KASTENS DECL. IN SUPPORT OF FINJAN'S ADMIN.          Case No. 14-CV-01197-WHO
MOTION TO FILE DOCUMENTS UNDER SEAL