PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., <br><br>           Plaintiff, <br><br>       v. <br><br> SOPHOS, INC., <br><br>           Defendant. | Case No.: 14-CV-01197-WHO <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FINJAN, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff Finjan, Inc.'s ("Finjan") Administrative Motion to File Documents Under Seal was brought before this Court.  Upon consideration of this motion and the supporting declaration of Kristopher Kastens filed in support of the motion, the Court finds there to be compelling reasons for granting the request to file certain documents under seal.

Compelling reasons having been shown, the Court finds that:

1. There exist overriding confidentiality interests that overcome the right of public access to the record of the following documents:

| Identification of the documents or portions of documents to be sealed | Entity that designated the information to be confidential |
|---|---|
| Finjan's Notice of Motion and Motion to for Summary Judgment of Infringement and Validity ("Finjan's Motion"), redacted portions on Page 2, l. 4; page 3, ll. 3-8, 14-20; page 5, ll. 11, 17-28; page 6, ll. 1-26; page 7, ll. 1-6; page 9, ll. 12-16, 22-25; page 10, ll. 2-6, 8-10, 15-22; page 11, ll. 14-20; page 12, ll. 10-11, 14-20, 24-27; page 13, ll. 7-17, 19-21, 27; page 14, ll. 14-17, 21-26; page 15, ll. 3-4, 9-15, 21-28; page 16, ll. 15-18, 21-28; page 17, ll. 1-2, 8-11, 13-17, 19-28; page 18, l. 1; page 19, ll. 6, 12-13, 18, 23-24, 28; page 20, ll. 1, 3, 8, 23-28; page 21, ll. 1-2, 26-27; page 22, ll. 9-25; page 23, ll. 1-2<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only – Source Code." | Defendant Sophos, Inc. ("Sophos") |
| Exhibit 1 to Declaration of Kristopher Kastens in Support of Finjan's Motion ("Kastens Declaration"), in its entirety<br><br>This information contains financial and confidential business information regarding Sophos's products and business.  This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |

1

[PROPOSED] ORDER GRANTING FINJAN'S MOTION TO FILE DOCUMENTS UNDER SEAL

Case No. 14-CV-01197-WHO

| | |
|---|---|
| Exhibits 4, 5, 16-19, 23 and 37 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential - Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code." | Sophos |
| Exhibits 14, 20-21, 24-27, 32-33, and 41-42 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only." | Sophos |
| Exhibits 15 and 22 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code." | Sophos |
| Exhibits 29 and 36 to Kastens Declaration, in their entirety<br><br>This information contains technical and source code information regarding Sophos's products and business. This information has been designated by Sophos as "Highly Confidential – Attorneys' Eyes Only– Source Code." | Sophos |

2.  A substantial probability exists that the overriding confidentiality interests will be prejudiced if the record is not sealed;

3.  The proposed sealing is narrowly tailored; and

4.  No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Finjan's Administrative Motion to File Documents Under Seal is GRANTED with respect to the documents set forth above.  IT IS SO ORDERED.

DATED:_____              _____
                                    Honorable William H. Orrick
                                    United States District Judge