PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FINJAN, INC., a Delaware Corporation,

Plaintiff,

v.

SOPHOS INC., a Massachusetts Corporation,

Defendant.

Case No.: 14-cv-01197-WHO

**DECLARATION OF HANNAH LEE IN SUPPORT OF PLAINTIFF FINJAN, INC.'S *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE***

Date: August 8, 2016
Time: 2:00 p.m.
Dept.: Courtroom 2, 17th Floor
Judge: William H. Orrick

I, Hannah Lee, do declare and state as follows:

1.   I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel for Plaintiff Finjan, Inc. ("Finjan"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Plaintiff Finjan, Inc.'s *Daubert* Motions and Motions *In Limine*.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Brian W. Napper, served on February 19, 2016.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental Expert Report of Brian W. Napper, served on July 15, 2016.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of pages 15-17, 50-53, 57-58, 77-79, 83, 85, 87-90, 96, 98, and 112-113 from the Expert Report of Dr. Anne Layne-Farrar, served on December 21, 2015.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of page 33 from the transcript of the deposition of Josh Gammon, taken on November 10, 2015.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of a document entitled, "IDC Market Analysis - Worldwide Secure Content and Threat Management 2007-2011 Forecast and 2006 Vendor Shares: 1+1=4," dated June 2007, produced by Finjan bearing production numbers FINJAN-SOP 098299 through FINJAN-SOP 098329.

7.   Attached hereto as **Exhibit 6** is a true and correct copy of a document entitled, "IDC Market Analysis - Worldwide IT Security Products 2014-2018 Forecast and 2013 Vendor Shares: Comprehensive Security Product Review," dated December 2014, produced by Sophos Inc. ("Sophos") bearing production numbers 1197SOPHOS_01749942 through 1197SOPHOS_01749960.

8.   Attached hereto as **Exhibit 7** is a true and correct copy of a document entitled, "IDC Market Analysis - Worldwide IT Security Products 2012-2016 Forecast and 2011 Vendor Shares: Comprehensive Product Review," dated November 2012, produced by Sophos bearing production numbers 1197SOPHOS_01749916 through 1197SOPHOS_01749941.

9. Attached hereto as **Exhibit 8** is a true and correct copy of pages 20-27, 45-46, 145-149, 158-163, and 194 from the transcript of the deposition of Brian W. Napper, taken on March 22, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of pages 30 and 80 of the Rebuttal Expert Report of David Klausner Regarding Noninfringement of U.S. Patent Nos. 6,154,844; 6,804,780; 7,613,926; 8,677,494; 7,613,918; 7,757,289; 8,141,154; & 8,566,580, served on February 23, 2016.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from Yuridia Caire, counsel for Finjan, to Todd S. Patterson, counsel for Sophos, dated November 23, 2015.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email thread between Todd Patterson, counsel for Sophos, and Hannah Lee, counsel for Finjan, dated November 30, 2015 through December 1, 2015.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Defendant Sophos Inc.'s Second Supplemental Objections and Responses to Finjan, Inc.'s Interrogatory (No.17), served on December 11, 2015.

14. Attached hereto as **Exhibit 13** is a true and correct copy of pages 264 and 268 from the transcript of the deposition of Frederick B. Cohen, Ph.D., taken on February 23, 2016.

15. Finjan met and conferred with Sophos to attempt to reach agreement regarding its intended motions *in limine*.  Sophos refused to stipulate to not refer to Finjan at trial as a "patent assertion entity," "shell corporation," "non-practicing entity," "a company that doesn't sell or make anything," "Finjan is an unprofitable company" or any other similar characterization.  Sophos agreed to not call Finjan the following limited terms:  "patent troll," "pirate," "paper patent," or "bounty hunter."

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document entitled, "IDC Market Analysis - Worldwide Antivirus Software Forecast and Analysis 2003-2007: Return of the Consumer," dated August 2003, produced by Finjan bearing production numbers FINJAN-SOP 098263 through FINJAN-SOP 098298.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document entitled, "IDC Market Analysis - Worldwide Secure Content Management 2005-2009 Forecast Update and 2004 Vendor Shares: Spyware, Spam, and Malicious Code Continue to Wreak Havoc," dated September 2005, produced by Sophos bearing production numbers SOP-0185657 through FINJAN-SOP-0185739.

18. Attached hereto as **Exhibit 16** is a true and correct copy of pages 2532-2533 from the transcript of the trial proceedings in *Finjan, Inc. v. Sophos, Inc. et al.*, Case No. 10-593-GMS (D. Del.), dated December 14, 2012, produced by Finjan bearing production numbers FINJAN-SOP 087820 and FINJAN-SOP 087837.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a Reuters press release article entitled, "Finjan Launches CybeRisk Security Solutions to Provide Cybersecurity Risk and Security Advisory Services to International Markets," dated June 15, 2016.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a Finjan Holding, Inc. press release entitled, "Finjan Returns to Developing and Producting Secure Products for Mobile Apps and the Consumer Market," dated June 16, 2015.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Declaration of Michael Kim in Support of Plaintiff Finjan, Inc.'s Opposition to Defendants Proofpoint, Inc. and Armorize Technologies, Inc.'s Motion for Stay of the Case Schedule in the action *Finjan, Inc. v. Proofpoint, Inc. et al.*, Case No. 13-cv-05808-HSG-HRL, Dkt. 241-3 (N.D. Cal.), filed on November 25, 2015.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a Form 10-K for Finjan Holdings, Inc. for the fiscal year ending December 31, 2015, produced by Finjan bearing production numbers FINJAN-SOP 267738 through FINJAN-SOP 267846.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Order on Parties' Motions *In Limine* and Pretrial Orders in the action *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 13-cv-03999-BLF, Dkt. 367 (N.D. Cal.), issued on July 18, 2015.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Judgment in the action *Finjan, Inc.(formerly Finjan Software, Ltd.) v. Secure Computing, et al.*, Case Nos. 2009-1576 and

2009-1594 (Fed.Cir.), issued on November 4, 2010, produced by Finjan bearing production numbers FINJAN-SOP 267663 through FINJAN-SOP 267291.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Order Regarding Post-Judgment Motions in the action *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 13-cv-03999-BLF, Dkt. 543 (N.D. Cal.), issued on July 18, 2016, produced by Finjan bearing production numbers FINJAN-SOP 267851 through FINJAN-SOP 267880.

26. Attached hereto as **Exhibit 24** is a true and correct copy of Plaintiff Finjan, Inc.'s Third Set of Interrogatories to Defendant Sophos Inc. (Nos. 9-10), served on February 27, 2015.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Defendant Sophos Inc.'s Objections and Responses to Finjan, Inc.'s Third Set of Interrogatories (No. 9-10), served on March 30, 2015.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendant Sophos Inc.'s Third Amended Initial Disclosures, served on January 29, 2016.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Defendant Sophos Inc.'s Initial Disclosures, served on July 2, 2014.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Defendant Sophos Inc.'s Second Amended Initial Disclosures, served on November 13, 2015.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the Order on Motions-in-Limine in the action *Golden Bridge Technology v. Apple, Inc.*, Case No. 12-cv-04882-PSG (N.D.Cal.), Dkt. No. 469, issued on May 16, 2014.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendant FireEye, Inc.'s Adminstrative Motion to Consider Whether Cases Should Be Related in the action *Finjan, Inc. v. FireEye, Inc.*, Case No. 13-cv-03133, Dkt. 25 (SBA) (N.D. Cal.), filed on October 7, 2013.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Finjan's Opposition to Proofpoint, Inc. and Armorize Technologies, Inc.'s Adminstrative Motion to Consider Whether Cases Should Be Related in the action *Finjan, Inc. v. FireEye, Inc.*, Case No. 13-cv-03133, Dkt. No. 59 (SBA) (N.D. Cal.), filed on March 28, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 25, 2016, in Menlo Park, California.

*/s/ Hannah Lee*
Hannah Lee

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Paul J. Andre*
Paul J. Andre