PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

SUMMER K. TORREZ (Bar No.264858)
summer.torrez@dlapiper.com
KRISTA CELENTANO (Bar No. 279526)
krista.celentano@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

*Attorneys for Defendant*
SOPHOS INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOPHOS INC., <br><br> Defendant. | Case No.: 14-CV-01197-WHO <br><br> **PLAINTIFF FINJAN, INC. AND DEFENDANT SOPHOS INC.'S JURY MATERIALS** |

Pursuant to the Court's Civil Pretrial Order (Dkt. 83), Plaintiff and Defendant submit the below listed jury materials. Each of these materials is subject to the parties' pending *Daubert* motions and motions *in limine*. The parties have agreed that shortly after the Court issues its pretrial rulings, they will engage in further meet and confers in an attempt to narrow the number of disputed jury instructions. The parties will then submit a revised set of jury instructions to the Court to the extent possible and/or necessary. To the extent there is a dispute regarding a jury instruction, the parties have set forth their position under each disputed instruction. The parties reserve their right to raise additional objections or make changes to the jury materials based on any subsequent Court rulings.

| | |
|---|---|
| Appendix A | Joint Stipulated Jury Instructions and Finjan and Sophos's Disputed Proposed Instructions |
| Appendix B-1 | Finjan's Voir Dire and Statement of Case |
| Appendix B-2 | Sophos's Voir Dire and Statement of Case |
| Appendix C-1 | Finjan Verdict Form |
| Appendix C-2 | Sophos's Verdict Form |

Respectfully submitted,

DATED: July 25, 2016

By: */s/ Paul J. Andre*
Paul J. Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

| | | |
|---|---|---|
| Dated: July 25, 2016 | By: | */s/ Sean Cunningham* |

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

SUMMER K. TORREZ (Bar No.264858)
summer.torrez@dlapiper.com
KRISTA CELENTANO (Bar No. 279526)
krista.celentano@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant
SOPHOS INC.

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Paul J. Andre*
Paul J. Andre

JURY MATERIALS                                             CASE NO. 14-CV-01197-WHO