# APPENDIX B-1

PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOPHOS, INC., <br><br> Defendant. | Case No.: 14-CV-01197-WHO <br><br> **PLAINTIFF FINJAN, INC.'S PROPOSED STATEMENT OF THE CASE & VOIR DIRE** |

This is a case involving patents. The parties in this case are Plaintiff Finjan, Inc. and Defendant Sophos, Inc. For those of you selected to serve as jurors, I will give you more detailed instructions regarding the case once you are sworn-in as jurors and again at the conclusion of the trial. For now, I will tell you that Plaintiff accuses Defendant of infringing its patents by making, using, selling, offering for sale or importing certain computer security products and services. The Defendant denies that its products infringe these patents and contend that the patents are invalid.

Respectfully submitted,

DATED:  July 25, 2016                    By: */s/ Paul J. Andre*
                                                           Paul J. Andre (State Bar No. 196585)
                                                           Lisa Kobialka (State Bar No. 191404)
                                                           James Hannah (State Bar No. 237978)
                                                           KRAMER LEVIN NAFTALIS
                                                             &amp; FRANKEL LLP
                                                           990 Marsh Road
                                                           Menlo Park, CA  94025
                                                           Telephone:  (650) 752-1700
                                                           Facsimile:   (650) 752-1800
                                                           pandre@kramerlevin.com
                                                           lkobialka@kramerlevin.com
                                                           jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

FINJAN'S PROPOSED STATEMENT OF THE CASE          CASE NO. 14-CV-01197-WHO
&amp; VOIR DIRE

1

***VOIR DIRE* QUESTIONS -** The following questions assume his honor will, as a matter of course, obtain name, residence, occupation, employer, educational background, marital status and occupation, children and occupation, previous jury service and military service.  Parties would also assume his honor, as a matter of course, will ask about any potential conflict with the attorneys, parties, and witnesses.

1. Has any member of the panel heard or read anything about this case?

2. Have you, or to the best of your knowledge, any member of your immediate family or anyone close to you had any experiences, good or bad, with the companies Finjan or Sophos?

3. Do you have any opinions about companies who provide computer security or antivirus products?

4. Have you had any experiences with companies who provide computer security or antivirus products that would affect your ability to be a fair and impartial juror?

5. Finjan and Sophos sell or have sold computer security products, including products under the Finjan or Sophos brand name.  Have your or any member of your immediate family ever licensed or used products sold by Finjan or Sophos or had any business or financial relationship with any of these companies?

6. Look around the room at the other potential jury members. Do you recognize any of the other jurors from any encounter before today?

7. Do you or any member of your immediate family have any experience with the United States Patent and Trademark Office?

8. Do you have any opinions about the relationship between patents and the public interest or any disagreement with the patent system or patent laws that might keep you from being a fair and impartial juror?

9. Have you or someone close to you had any experience with or opinions about the U.S. Patent and Trademark Office that might affect your ability to be a fair and impartial juror?

2

FINJAN'S PROPOSED STATEMENT OF THE CASE          CASE NO. 14-CV-01197-WHO
& VOIR DIRE

10. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?

11. Have you or your employer, or anyone you know, ever been accused of infringing a patent owned by another person or business?

12. Do you have any opinions about a company that obtains revenue from patent licensing that might keep you from being a fair and impartial juror?

13. Do you have any strong negative or positive opinions about the patent reform act that might keep you from being a fair and impartial juror?

14. Do you have any strong opinions about a patent granting exclusive rights to an inventor or their employer?

15. Do you have any negative impressions or opinions about a patent owner suing to stop others from using the patented invention?

16. Do you feel that a patent owner should not be allowed to exclude or prevent others from making, using, or selling the claimed invention?

17. Do you or any member of your immediate family have specialized knowledge or experience in:

- computer security or antivirus products,
- computer technology or programming,
- Information Technology or IT,
- computer security,
- data communications,
- telecommunications,
- science/engineering,
- law/legal training,
- finance/accounting?

18. Have you or your significant other owned a business?

3

FINJAN'S PROPOSED STATEMENT OF THE CASE          CASE NO. 14-CV-01197-WHO
& VOIR DIRE

19. Have you ever served as a juror in a criminal or a civil case or as a member of a grand jury in either a federal or state court?

20. Have you or anyone in your immediate family ever participated in a lawsuit as a party or in any other capacity such as a plaintiff, defendant, or witness?

21. Is there any member of the panel who has any special disability or problem that would make serving as a member of the jury difficult or impossible?

22. Having heard the questions put to you by the court, can you think of any other reason as to why you could not sit on this jury and render a fair verdict based on the evidence presented to you and in the context of the Court's instructions to you on the law? Or is there any other matter you believe would be important to for the parties or court to know about you or someone close to you that could affect your ability to sit as a juror on this case?

4

FINJAN'S PROPOSED STATEMENT OF THE CASE
& VOIR DIRE                                                                                 CASE NO. 14-CV-01197-WHO