# APPENDIX B-2

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

SUMMER K. TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
KRISTA CELENTANO (Bar No. 279526)
krista.celentano@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

TODD PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Ste. 2500
Austin, TX 78701-3799
Tel:  512.457.7000
Fax:  512.457.7001

ANDREW N. STEIN (*pro hac vice*)
andrew.stein@dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street NW
Washington, D.C.  20001
Tel: 202.799.4000
Fax: 202.799.5000

Attorneys for Defendant
SOPHOS INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>SOPHOS INC., a corporation,<br><br>                   Defendant. | CASE NO.  3:14-cv-01197-WHO<br><br>**DEFENDANT SOPHOS INC.'S PROPOSED VOIR DIRE and PRELIMINARY STATEMENT** |

## Preliminary Statement

This is a case involving patents.  The parties in this case are Plaintiff Finjan, Inc. and Defendant Sophos, Inc.  For those of you selected to serve as jurors, I will give you more detailed instructions regarding the case once you are sworn-in as jurors and again at the conclusion of the trial.  For now, I will tell you that Finjan accuses Sophos of infringing its patents by making, using, selling, offering for sale or importing certain computer security products and services.  Sophos denies that its products infringe these patents and contends that the patents are invalid.

WEST\270094798.1

**PROPOSED *VOIR DIRE* QUESTIONS**

The parties respectfully request that the Court pose the following questions to potential jurors at the jury empanelment and that each side be allowed <u>30 minutes</u> to ask follow-up questions.  The parties reserve the right to supplement this list based on any additional or new information received prior to empanelment regarding the prospective jurors, or based on the prospective jurors' responses to other questions posed during the empanelment process.

<u>**The following questions are intended to be asked to the venire as a whole with individual**</u>

<u>**follow-up questions as appropriate:**</u>

1.      Defendant Sophos manufactures and sells antivirus and computer security products, including products under the Sophos Web Appliance, PureMessage Exchange, PureMessage Unix, Sophos Email Appliance, Sophos AntiVirus Interface, and Sophos AntiVirus for Windows brand names.  Have your or any member of your immediate family ever licensed or used products sold by Sophos? Have you ever been involved in Sophos?

2.      Finjan, Inc. currently holds or has held equity in the following companies: M86 Security, Trustwave, and Webroot.  Have any of you been involved or know about any of those companies?

3.      Do any of you know any of the lawyers or the client representatives that have been introduced here?

4.      Do any of you know or have any relationship with the law firms of  Kramer Levin Naftalis & Frankel LLP or DLA Piper LLP (US)?

5.      The following people may be appearing as witnesses in this case:  [**read witness list**].  Do any of you know, or think you might know, any of these people?

6.      Have any of you, or a member of your immediate family, ever worked for, had any financial or business relationship with or applied for a position at Sophos or Finjan?

7. Do any of you have any strong feelings, positive or negative, toward Sophos or Finjan based on your own experience or the experience of someone close to you?

8. Have any of you heard anything about this matter or anything similar to this case before today?

    (a) If yes, please describe.

9. Have any of you ever served as a juror before?

    (a) If yes, what type of case was it?

    (b) Were you the foreperson?

    (c) Were you pleased with the verdict?

    (d) Was the experience positive or negative?

10. Have any of you, or a member of your immediate family, ever been involved in a lawsuit either personally or through an employer?

    (a) If yes, please describe the lawsuit.

    (b) What was the outcome?

    (c) Is there anything about the previous lawsuit that would make it difficult to be fair and impartial in this case?

11. Have any of you, or a member of your immediate family, ever wanted to file a lawsuit, or grievance, complaint, or other legal claim of any kind but did not or could not for some reason?

    (a) If yes, please describe.

12. Have any of you, or a friend or family member, ever invented or designed anything?

(a)     If yes, please describe.

(b)     Did this person apply for a patent?

13.     Have any of you, or a friend or family member, ever applied for or received a patent?

(a)     If yes, please describe.

(b)     Was the patent granted?

14.     Have any of you, or a friend or family member, ever had an original idea taken and then passed off as another person's idea, or been accused of taking someone else's idea?

15.     Have any of you, or a friend or family member, ever taken any action to protect a patent or other intellectual property right?

16.     Have you ever owned, been associated with, or worked for any company that had patents, copyrights, or any other proprietary or protected information?

17.     Have you ever owned, been associated with, or worked for a company that became involved in any type of dispute involving patents (either sued an individual or company or was sued by an individual or company over patent rights)?

18.     Have you or someone close to you had any dealings with the Patent and Trademark Office?

19.     Do you have any strong feelings about the Patent and Trademark Office or the United States patent system?

20.     Do you have opinions about whether the patent system works properly?

21.     Do any of you have an opinion about damages awards that you hear about in lawsuits?

(a)     If yes, please explain.

(b)     Would this opinion prevent you from awarding damages or awarding damages above a certain sum?

22.     Do you or any member of your immediate family have specialized knowledge of computer security or antivirus products?

23.     Have you or someone close to you ever used computer security or antivirus products?

24.     Have any of you ever worked in the fields of computer technology, computer security, data communications, telecommunications, or for any company that sells computer or computer security equipment?

25.     Do you or any member of your immediate family work as an Information Technology ("IT") professional or technician?

26.     Trial in this case will probably last from 2 to 3 weeks.  Would serving as a juror in this case cause you severe hardship?

27.     Do you have any physical, medical, or psychological problems that might affect your ability to serve as a juror on this trial?

28.     Do any of you have difficulty speaking, reading, writing, or understanding English?

29.     Do any of you have any moral, personal, or religious beliefs that would make it difficult or impossible for you to sit in judgment or serve as a juror in a civil case?

30.     Do any of you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

**The following questions are intended to be asked to each juror individually:**

31.   Please describe your current employment and any other significant employment you have held.

32.   Have you ever held a management or supervisor position in your work?

33.   In what community do you live?

34.   Have you or your significant other ever owned a business?

    (a)   If yes, please describe.

35.   Have you ever worked for the government?

    (a)   If yes, please describe.

36.   Have you or your spouse ever been in the military?

    (a)   If yes, what branch and years?

37.   What is your highest level of education?

38.   If you went to college or had other graduate education, what did you focus on?

39.   Please describe any specialized technical knowledge or training you have.

40.   Have you, or has anyone close you, ever been employed or received any training or education in the following areas?  If so, please indicate if you have more knowledge or experience with this area than the average person does.

    (a)   computer hardware or software

    (b)   computer programming

    (c)   law

(d)     patents or intellectual property

(e)     engineering

(f)     accounting or finance

(g)     licensing