# APPENDIX C-1

PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., | Case No.: 14-CV-01197-WHO |
| Plaintiff, | **PLAINTIFF FINJAN, INC.'S PROPOSED VERDICT FORM** |
| v. | |
| SOPHOS, INC., | |
| Defendant. | |

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**Finjan's Infringement Claims**

***The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.**

**QUESTION 1**:  Did Finjan prove by a preponderance of the evidence that Sophos literally infringes any of the following claims of the Asserted Patents?

**Answer "Yes" or "No" for each claim.**

| Patent | | |
|---|---|---|
| **'844 Patent** | Claim 1 _____ | Claim 16 _____ |
| | Claim 7 _____ | Claim 43 _____ |
| **'154 Patent** | Claim 1 _____ | |
| **'780 Patent** | Claim 9 _____ | Claim 18 _____ |
| **'494 Patent** | Claim 1 _____ | Claim 14 _____ |
| | Claim 10 _____ | Claim 18 _____ |
| **'580 Patent** | Claim 1 _____ | |
| **'926 Patent** | Claim 18 _____ | Claim 22 _____ |

***Move on to Question 2.**

PLAINTIFF FINJAN, INC.'S [PROPOSED] VERDICT FORM          Case No.: 14-CV-01197-WHO

**Finjan's Infringement Claims**

**QUESTION 2**:  Did Finjan prove by a preponderance of the evidence that Sophos infringes any of the following claims of the Asserted Patents under the doctrine of equivalents?

**Answer "Yes" or "No" for each claim.**

| Patent | | |
|---|---|---|
| **'844 Patent** | Claim 1 _____ | Claim 16 _____ |
| | Claim 7 _____ | Claim 43 _____ |
| **'154 Patent** | Claim 1 _____ | |
| **'780 Patent** | Claim 9 _____ | Claim 18 _____ |
| **'494 Patent** | Claim 1 _____ | Claim 14 _____ |
| | Claim 10 _____ | Claim 18 _____ |
| **'580 Patent** | Claim 1 _____ | |
| **'926 Patent** | Claim 18 _____ | Claim 22 _____ |

*Move on to Question 3.

3

PLAINTIFF FINJAN, INC.'S [PROPOSED] VERDICT FORM          Case No.: 14-CV-01197-WHO

**Finjan's Infringement Claims**

**QUESTION 3**: Did Finjan prove by a preponderance of the evidence that Sophos induces infringement of any of the following claims of the Asserted Patents?

**Answer "Yes" or "No" for each claim.**

| | | |
|---|---|---|
| **'844 Patent** | Claim 1  _____ | Claim 7  _____ |
| **'494 Patent** | Claim 1  _____ | |
| **'926 Patent** | Claim 18  _____ | |

*Move on to Question 4.

**QUESTION 4**: Did Finjan prove by a preponderance of the evidence that Sophos contributorily infringes any of the following claims of the Asserted Patents?

**Answer "Yes" or "No."**

| | |
|---|---|
| **'580 Patent** | Claim 1  _____ |

* If you answered "Yes" for the '844 or '780 Patents in Questions 1-3 above, please answer Question 5 below.

**QUESTION 5**:  Has Finjan proven by a preponderance of the evidence that Sophos willfully infringed the following patents?

| | | |
|---|---|---|
| **'844 Patent** | Yes  _____ | No  _____ |
| **'780 Patent** | Yes  _____ | No  _____ |

**Sophos' Invalidity Defenses**

**If you found infringement, the following questions about Sophos' defenses should be answered.**

**QUESTION 6A:** Did Sophos prove by clear and convincing evidence that "Sweep 2.72 and InterCheck 2.01" software was available to the public prior to November 8, 1996?

_____

*If you answered No to Question 6A, you can skip Question 6B and move on to Questions 6C-6D.

**Sophos' Invalidity Defenses**

**QUESTION 6B:**  Did Sophos prove by clear and convincing evidence that the "Sweep 2.72 and InterCheck 2.01" software anticipates any of the following claims of the Asserted Patents?

**Answer "Yes" or "No" for each Patent and claim.**

| Patent | Claims |
|---|---|
| **'844 Patent** | Claim 1  _____   Claim 16  _____<br><br>Claim 7  _____   Claim 43  _____ |
| **'154 Patent** | Claim 1  _____ |
| **'780 Patent** | Claim 9  _____   Claim 18 _____ |
| **'494 Patent** | Claim 10  _____   Claim 18  _____<br>Claim 14  _____ |
| **'926 Patent** | Claim 22  _____ |

*Move on to Question 6C-6D.

5

PLAINTIFF FINJAN, INC.'S [PROPOSED] VERDICT FORM          Case No.: 14-CV-01197-WHO

**QUESTION 6C:** Did Sophos prove by clear and convincing evidence that the "Trend InterScan WebManager 1.1: Administrator's Guide" was available to the public prior to 2000?

**Answer "Yes" or "No."**       _____

**\*If you answered No to Question 6C, you can skip Question 6D and answer Question 7.**

**QUESTION 6D:** Did Sophos prove by clear and convincing evidence that the "Trend InterScan WebManager 1.1: Administrator's Guide" was an anticipatory reference to the '154 Patent?

   **Answer "Yes" or "No."**

| **'154 Patent** | Claim 1   _____ |
|---|---|

**\*Move on to Question 7**

**QUESTION 7:** Did Sophos prove by clear and convincing evidence that any of the claims of the Asserted Patents are invalid because they are anticipated by prior art?

**Answer "Yes" or "No" for each claim.**

| **'844 Patent**<br>**Ji '348** | Claim 1   _____ | Claim 16   _____ |
|---|---|---|
|  | Claim 7   _____ | Claim 43   _____ |
| **'780 Patent**<br>**Waldo** | Claim 9   _____ | Claim 18 _____ |
| **'580 Patent**<br>**Takeshima** | Claim 1   _____ | |

**\*Answer Question 8 if you have found one or more the claims of the Asserted Patents to be infringed and not anticipated.**

6

PLAINTIFF FINJAN, INC.'S [PROPOSED] VERDICT FORM       Case No.: 14-CV-01197-WHO

**Damages for Finjan's Infringement Claims**

**QUESTION 8:** What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Finjan for Sophos' infringement of Finjan's Asserted Patents?

'844 Patent:   $_____

'154 Patent:   $_____

'780 Patent:   $_____

'494 Patent:   $_____

'580 Patent:   $_____

'926 Patent:   $_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 20___          By: _____
                                             Presiding Juror

7

PLAINTIFF FINJAN, INC.'S [PROPOSED] VERDICT FORM          Case No.: 14-CV-01197-WHO