| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 752-1700<br>Facsimile:   (650) 752-1800<br><br>*Counsel for Plaintiff*<br>FINJAN, INC. | SEAN CUNNINGHAM (State Bar No. 174931)<br>sean.cunningham@dlapiper.com<br>KATHRYN RILEY GRASSO (State Bar No. 211187)<br>kathryn.riley@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Telephone:  (619) 699-2700<br>Facsimile:   (619) 699-2701<br><br>SUMMER K. TORREZ (State Bar No. 264858)<br>summer.torrez@dlapiper.com<br>KRISTA A. CELENTANO (Bar No. 279526)<br>krista.celentano@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Telephone: 650.833.2000<br>Facsimile:  650.833.2001<br><br>TODD PATTERSON (admitted *pro hac vice*)<br>todd.patterson@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 Congress Avenue, Ste. 2500<br>Austin, TX  78701-3799<br>Tel:  512.457.7000<br>Fax:  512.457.7001<br><br>Attorneys for Defendant<br>SOPHOS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SOPHOS INC., a Massachusetts Corporation,<br><br>  Defendant. | CASE NO.  14-cv-01197-WHO<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR SOPHOS'S RENEWED *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF DR. ANNE LAYNE-FARRAR** |

-1-

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Sophos Inc. ("Sophos") (collectively, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a shortened briefing schedule for Sophos's Renewed *Daubert* Motion to Exclude Testimony of Dr. Anne Layne-Farrar ("Renewed *Daubert*") and stipulate as follows: |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Sophos Inc. ("Sophos") (collectively, "the Parties"), by and through their respective counsel, have met and conferred in an effort to agree upon a shortened briefing schedule for Sophos's Renewed *Daubert* Motion to Exclude Testimony of Dr. Anne Layne-Farrar ("Renewed *Daubert*") and stipulate as follows:

WHEREAS, on July 25, 2016, Sophos filed a *Daubert* motion to exclude Dr. Layne-Farrar's testimony (Dkt. No. 217);

WHEREAS, on August 15, 2016, the Court granted in part Sophos's *Daubert* motion and allowed Finjan leave to amend Dr. Layne-Farrar's report by August 24, 2016 and ordered Finjan to make Dr. Layne-Farrar available for deposition on September 1, 2016 (Dkt. No. 250);

WHEREAS, on August 25, 2016, pursuant to the parties' agreement, Finjan served Dr. Layne-Farrar's amended report;

WHEREAS, on September 1, 2016, Sophos took Dr. Layne-Farrar's deposition;

WHEREAS, Sophos intends to file a Renewed *Daubert* motion to exclude Dr. Layne-Farrar's testimony;

WHEREAS, Finjan does not agree that a Renewed *Daubert* motion is appropriate, but will agree to an expedited briefing schedule;

WHEREAS, trial is set to begin on September 6, 2016 and Dr. Layne-Farrar is expected to take the stand on Friday, September 9, 2016, the parties have agreed to an expedited briefing schedule so that the Court may rule on Sophos's Renewed *Daubert* motion before Dr. Layne-Farrar is scheduled to take the stand. Specifically, the parties have agreed that Sophos will file its Renewed *Daubert* motion on September 1, 2016, Finjan will file its response to Sophos's motion on September 6, 2016 and Sophos will forego its reply;

WHEREAS, the requested time change would not have any effect on any other dates in the schedule for this case;

/////

/////

/////

-2-

NOW THEREFORE, the Parties respectfully request that the Court issue an order shortening time for Sophos's Renewed *Daubert* Motion.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 1, 2016          **DLA PIPER LLP (US)**

By: /s/ *Summer Torrez*
    SEAN CUNNINGHAM
    KATHRYN RILEY GRASSO
    TODD PATTERSON
    ANDREW STEIN
    SUMMER TORREZ
    DAVID KNUDSON
    KRISTA CELENTANO
    PETER MAGGIORE

Attorneys for Defendant
Sophos Inc.

Dated: September 1, 2016          **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: */s/ Hannah Lee*
    PAUL J. ANDRE
    LISA KOBIALKA
    JAMES HANNAH
    HANNAH LEE

Attorneys for Plaintiff
Finjan, Inc.

-3-
WEST\270918376.1                    STIPULATION & ORDER TO SHORTEN TIME
                                    CASE NO. 14-CV-01197-WHO

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

- Defendant Sophos Inc. ("Sophos") will file a Renewed *Daubert* Motion to Exclude Testimony of Dr. Anne Layne-Farrar ("Renewed *Daubert*") on September 1, 2016;
- Plaintiff Finjan, Inc. ("Finjan") will file its response to Sophos's Renewed *Daubert* motion by Tuesday, September 6, 2016;
- Sophos will not file a reply in support of its Renewed *Daubert* motion.

DATED: September 2, 2016

_____
The Honorable William H. Orrick
United States District Judge

# ECF CERTIFICATION

I, Summer Torrez, am the ECF user whose identification and password are being used to file this joint motion in compliance with Civil L.R. 5-4. Concurrence to the filing of this document was obtained from counsel for Finjan, Inc. on September 1, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 1, 2016 /s/ *Summer Torrez*
Summer Torrez