IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOPHOS INC.,<br><br>    Defendant. | Case No.: 14-CV-01197-WHO<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the Form. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously find as follows:

1

I.  **INFRINGEMENT**

**QUESTION 1:** Has Finjan proven by a preponderance of the evidence that any of Sophos's products infringe any of the claims of the Asserted Patents?

*A "yes" is a finding for Finjan, a "no" is a finding for Sophos.*

Yes  ✓       No  ____

If you answered "yes," please mark the claim(s) you found to be infringed and circle whether you found the infringement to be literal or under the doctrine of equivalents. If you answered "no," please skip to Question 3.

| '844 Patent | Claim 1 | ✓ | **(Literal)** / Doctrine of Equivalents |
|---|---|---|---|
|  | Claim 7 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 16 | ✓ | **(Literal)** / Doctrine of Equivalents |
| '494 Patent | Claim 1 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 10 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 14 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 18 | ✓ | **(Literal)** / Doctrine of Equivalents |
| '780 Patent | Claim 9 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 18 | ✓ | **(Literal)** / Doctrine of Equivalents |
| '926 Patent | Claim 18 | ✓ | **(Literal)** / Doctrine of Equivalents |
|  | Claim 22 | ✓ | **(Literal)** / Doctrine of Equivalents |
| '154 Patent | Claim 1 | ✓ | **(Literal)** / Doctrine of Equivalents |

If you answered "Yes" to Question 1 above with respect to the '844 Patent and/or the '780 Patent, answer Question 2 below.

QUESTION 2: Has Finjan proven by a preponderance of the evidence that Sophos willfully infringed the following patents?

*A "yes" is a finding for Finjan, a "no" is a finding for Sophos.*

| '844 Patent | Yes _____ | No ✓ |
| '780 Patent | Yes _____ | No ✓ |

## II. INVALIDITY

QUESTION 3: Has Sophos proven by clear and convincing evidence that any of the claims of the Asserted Patents are invalid as anticipated, or, in other words, not new?

*A "yes" is a finding for Sophos, a "no" is a finding for Finjan.*

Yes _____    No ✓

If you answered "yes," please mark the claim(s) you found to be anticipated.

| '844 Patent | Claim 1 _____ |
| | Claim 7 _____ |
| | Claim 16 _____ |
| '494 Patent | Claim 1 _____ |
| | Claim 10 _____ |
| | Claim 14 _____ |
| | Claim 18 _____ |
| '780 Patent | Claim 9 _____ |
| | Claim 18 _____ |
| '926 Patent | Claim 18 _____ |
| | Claim 22 _____ |
| '154 Patent | Claim 1 _____ |

If you have found one or more the claims of the Asserted Patents to be infringed and not anticipated, answer Question 4 below.

III.  DAMAGES (IF APPLICABLE)

**QUESTION 4:** If you have found any claim of the Asserted Patents to be both infringed and valid, what has Finjan proved it is entitled to:

a payment of $_____ for a reasonable royalty through 2017

**OR**

a payment of $_____ through September, 2016

**OR**

a payment of $ 15,000,000.00 for the life of the patent(s).

* * * * *

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: September 21, 2016        By: _____
                                        Presiding Juror