# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No.: 14-cv-1197-WHO |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| SOPHOS INC., | |
| Defendant. | |

Pursuant to the jury verdict filed on September 21, 2016 (ECF No. 398), IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Defendant Sophos Inc. directly infringes Claims 1, 7, and 16 of U.S. Patent No. 6,154,844; Claims 1, 10, 14, and 18 of U.S. Patent No. 8,677,494; Claims 9 and 18 of U.S. Patent No. 6,804,780; Claims 18 and 22 of U.S. Patent No. 7,613,926; and Claim 1 of U.S. Patent No. 8,141,154.  All asserted claims are not invalid over the prior art.

Based on the foregoing, judgment is entered in favor of Plaintiff Finjan, Inc. and against Sophos, Inc. for $15,000,000 in damages payable as a lump sum for the life of the asserted patents.

**IT IS SO ORDERED.**

Dated:  October 31, 2016

_____
Honorable William H. Orrick
United States District Judge

KL3 3095742.1