PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

SEAN CUNNINGHAM (State Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (State Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701

SUMMER K. TORREZ (State Bar No. 264858)
summer.torrez@dlapiper.com
KRISTA A. CELENTANO (Bar No. 279526)
krista.celentano@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Telephone: 650.833.2000
Facsimile:  650.833.2001

TODD PATTERSON (admitted *pro hac vice*)
todd.patterson@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Ste. 2500
Austin, TX  78701-3799
Tel:  512.457.7000
Fax:  512.457.7001

Attorneys for Defendant
SOPHOS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SOPHOS INC., a Massachusetts Corporation,<br><br>  Defendant. | CASE NO.  14-cv-01197-WHO<br><br>**STIPULATION AND ORDER RE: HEARING DATE FOR POST-TRIAL MOTIONS** |

1  Pursuant to Civil L.R. 6-2, Plaintiff Finjan, Inc. ("Finjan") and Defendant Sophos, Inc.
2  ("Sophos") (collectively, "the parties"), by and through their undersigned counsel, hereby submit
3  this Stipulation and Proposed Order regarding the hearing of post-trial motions.
4  WHEREAS, the parties have both filed post-trial motions.
5  WHEREAS, Finjan's Motion For Attorneys' Fees notices a hearing date of December 21,
6  2016 (Dkt. No. 411) and Finjan's Motion to Amend the Judgment, Issue an Injunction and for
7  Pre- and Post-Judgment Interest notices a hearing date of January 4, 2017 (Dkt. No. 424).
8  WHEREAS, Sophos's Motion for Judgment as a Matter of Law (Dkt. No. 421), Sophos's
9  Motion for a New Trial or In the Alternative, Remittitur (Dkt. No. 423), and Sophos's Motion for
10 Partial Judgment (Dkt. No. 429) all notice a hearing date of January 11, 2017.
11 WHEREAS, Sophos's counsel is not available for a hearing on December 21, 2016 or
12 January 4, 2017;
13 WHEREAS, the parties met and conferred and agreed it will conserve the time and
14 resources of the Court and the parties if all post-trial motions are heard on the same day that all
15 counsel is available to attend.
16 WHEREAS based on the foregoing, the parties stipulate that the above post-trial motions
17 be heard on January 11, 2017.
18 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
19 parties, subject to approval by the Court, that the post-trial motions at Dkt. Nos. 411, 421, 423,
20 424 and 429 will be heard on January 11, 2017.
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1     **IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  December 7, 2016      **DLA PIPER LLP (US)**

By: /s/ *Summer Torrez*
    SEAN CUNNINGHAM
    KATHRYN RILEY GRASSO
    TODD PATTERSON
    SUMMER TORREZ

Attorneys for Defendant
Sophos Inc.

Dated:  December 7, 2016      **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: */s/ Lisa Kobialka*
    PAUL J. ANDRE
    LISA KOBIALKA
    JAMES HANNAH
    HANNAH LEE

Attorneys for Plaintiff
Finjan, Inc.

# **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the post-trial motions at Dkt. Nos. 411, 421, 423, 424 and 429 will be heard on **January 18, 2017 at 3:00 p.m. in Courtroom 12, 19th floor.**

DATED: December 8, 2016

_____
The Honorable William H. Orrick
United States District Judge